

**Sun, Sep 25 at 11:56 AM**

Zach caught me after church to tell me he supports those of us who are standing up to the racism.

**Tue, Sep 27 at 9:58 AM**

I guess the article was supposed to go live today but Maya had more questions.

> Ohhhh I hope she got her answers

I'm feeling a little anxious with regard to Todd's email. But I suspect the article will make he and Chad look so dumb they really can't come after me for anything

> Exactly!!!
>
> Totally understandable to feel a little anxious.... But you are golden Emily.
>
> You have the truth and that is powerful

And about a dozen witnesses