

## Dougherty: Deep trouble for the Packers' offense

SPORTS, 1B



DAILY DISCOUNTS & SAVINGS... Dining Deals USA PAGE 4A

# The Sheboygan Press

TUESDAY, OCTOBER 11, 2022 | SHEBOYGANPRESS.COM    PART OF THE USA TODAY NETWORK

# GLOBAL APPEAL



Packers Everywhere host Rebecca Zaccard, left, declares Molly Dobson and her husband, Juan Cramer, the winners of a contest to pick up a football without using your hands during the last of three pep rallies put on by the Green Bay Packers on Saturday in London. Dobson, who lives in London, is from Janesville. The Packers played their first game ever in the United Kingdom on Sunday against the New York Giants. MARK HOFFMAN/USA TODAY NETWORK - WISCONSIN

## Sheboygan leader says racist slur in meeting

### City's defense of action raises more concerns

**Maya Hilty**
Sheboygan Press
USA TODAY NETWORK – WISCONSIN

SHEBOYGAN – A city director's use of an offensive term for Black people and the way the Sheboygan administrator responded have exacerbated what residents say are persistent equity issues at City Hall.

Chad Pelishek, Sheboygan's director of Planning and Development, said the N-word during an internal meeting of department heads in August.

Pelishek said the slur while quoting a resident's comment from a neighborhood meeting. He used the offensive word as an example of a racist incident brought to his attention and asked other department heads how the city can help address racial issues at the neighborhood level, City Administrator Todd Wolf said.

Wolf was concerned not that a white department head repeated the racist term but that other staff members told people outside the meeting

See STATEMENT, Page 2A

Case 2:23-cv-01048-WED    Filed 08/07/23    Page 1 of 2    Document 1-4

# From Scooby-Doo to public owners, Europeans tell how they became Packers fans

**Richard Ryman**
Green Bay Press-Gazette
USA TODAY NETWORK – WISCONSIN

LONDON – The Packers are seriously close to being able to drop "Green Bay" from their name and substitute "International."

The International Packers hosted their final pep rally Saturday before Sunday's game against the New York Giants at Tottenham Hotspur Stadium. Packers fans packed Belushi's London Bridge sports bar and continued to queue up in a line that stretched around the corner for a long time afterward.

"It's shocking this team is that widely known or well liked. I marvel that my little hometown has this team and there are people excited to see them," said John Anderson, a Green Bay native and ESPN SportsCenter host who emceed the pep rally. "It's also a testament to how valuable the Packers are to the NFL."

International fans like the Packers for the same reasons Americans do: They have good players and win a lot of games but, overwhelming, they also are charmed by the team's history, with its hardscrabble early days, and its public ownership, the only such in the NFL.

### Watching cartoons led English boy to Packers fandom

Alex Hardman of Manchester, England, became a Packers fan 14 years ago as a youngster watching Scooby-Doo cartoons. One of the characters, when asked by another what they should do next, said they should watch the Green Bay Packers.

See PACKERS, Page 5A



Chad Pelishek, Sheboygan's director of Planning and Development, said the N-word during an internal meeting of department heads in August. Pelishek said the slur while quoting a resident's comment from a neighborhood meeting. GARY C. KLEIN/USA TODAY NETWORK-WISCONSIN

## LOCAL BRIEFS
# LGBTQ history 'scan day,' Queer Potluck set for Saturday

**The Sheboygan Press**
USA TODAY NETWORK – WISCONSIN

Sheboygan County LGBTQ Alliance is planning a Queer Potluck for 5 p.m. Saturday in the Uptown Parklet, or inside Paradigm Coffee and Music, 1202 N. Eighth St., if the weather is bad.

Chili and fixings will be provided. People are asked to take their own favorite side dish or dessert. Live music kicks off at 7 p.m.

All members of the LGBTQ+ community and allies are welcome to attend, a news release said.

"Wear your best flannel, bring your own pumpkin to carve or paint (we'll have a few on hand as well) and a plaid blanket or two to get cozy," the release said. "We would also welcome contributions of outdoor fall decor like gourds, corn stalks or mums (drop off at Paradigm before the potluck) to make the parklet extra festive."

Earlier Saturday, from 10 a.m. until noon, the Alliance will be at Mead Public Library with partners from Green Bicycle Co. for another LGBTQ history "scan day." People can take in photos, documents or objects that tell a piece of Sheboygan's LGBTQ history. Examples include wedding photos, fliers, letters or event tickets. The library is at 710 N. Eighth St., Sheboygan.

See BRIEFS, Page 2A



○ **USA TODAY**
Heat wave readiness: UN and Red Cross encourage countries to do more to deal with very high temperatures. **3A**

**Crime, abortion hot topics**
Five takeaways from the U.S. Senate race debate between Ron Johnson, Mandela Barnes. **2A**

**Weather**
High 70° | Low 56°
Breezy, increasing cloudiness.
Forecast, **6A**

Volume 116 | No. 261
Home delivery pricing inside
Subscribe 877-424-5639
©2022 $2.50



Case 2:23-cv-01048-WED   Filed 08/07/23   Page 2 of 2   Document 1-4