| | |
|---|---|
| From: | Alderperson Barbara Felde <barbara.felde@sheboyganwi.gov> |
| Sent: | Thursday, October 13, 2022 4:33 PM |
| To: | All City Email Users; joe.rupnik@sheboyganha.com; char.neitzel-goostree@sheboyganha.com; melody.hermann@sheboyganha.com; michelle.boeldt@sheboyganha.com; abby.dahmer@sheboyganha.com; ruth.orozco@sheboyganha.com; sonya.davis-williams@sheboyganha.com; kelly.mehre@sheboyganha.com; ruth.orozco@sheboyganha.com; trey.mitchell@sheboyganwi.gov; dean.dekker@sheboyganwi.gov; Alderperson Barbara Felde; betty.ackley@sheboyganwi.gov; roberta.filicky-peneski@sheboyganwi.gov; grazia.perrella@sheboyganwi.gov; amanda.salazar@sheboyganwi.gov; joe.heidemann@sheboyganwi.gov; zach.rust@sheboyganwi.gov; angela.ramey@sheboyganwi.gov; carrie.arenz@sheboyganwi.gov; darrell.hofland@sheboyganwi.gov; todd.wolf@sheboyganwi.gov; sandra.halvorsen@sheboyganwi.gov; doris.ramminger@sheboyganwi.gov; jessica.huss@sheboyganwi.gov; taxinfo@sheboyganwi.gov; michael.hermann@sheboyganwi.gov; kaitlyn.krueger@sheboyganwi.gov; sara.kleinhans@sheboyganwi.gov; margo.wagner@sheboyganwi.gov; austin.gruenke@sheboyganwi.gov; bernard.rammer@sheboyganwi.gov; purchasing@ci.sheboygan.wi.us; margo.wagner@sheboyganwi.gov; austin.gruenke@sheboyganwi.gov; charles.adams@sheboyganwi.gov; kathryn.hoffman@sheboyganwi.gov; james.haasch@sheboyganwi.gov; marie.foss@sheboyganwi.gov; liz.majerus@sheboyganwi.gov; natasha.torry@sheboyganwi.gov; mc.temp@sheboyganwi.gov; ann.wagner@sheboyganwi.gov; kasey.campbell@sheboyganwi.gov; angela.doell@sheboyganwi.gov; barb.sorcic@sheboyganwi.gov; samantha.lammers@sheboyganwi.gov; haley.stuckmann@sheboyganwi.gov; ruth.jones-partrick@sheboyganwi.gov; eric.bushman@sheboyganwi.gov; micah.adams@sheboyganwi.gov; jeff.krueger@sheboyganwi.gov; james.annis@sheboyganwi.gov; ryan.sorenson@sheboyganwi.gov; veronica.valdez@sheboyganwi.gov; dylan.dettloff@sheboyganwi.gov; darcie.beernink@sheboyganwi.gov; raeann.schmitz@sheboyganwi.gov; michael.grota@sheboyganwi.gov; taylor.hoffmann@sheboyganwi.gov; emily.rendall-araujo@sheboyganwi.gov; joshua.drossel@sheboyganwi.gov; jane.brill@sheboyganwi.gov; sherrill.smith@sheboyganwi.gov; meredith.debruin@sheboyganwi.gov; melissa.clevenger@sheboyganwi.gov; melissa.fassbender@sheboyganwi.gov; chase.longmiller@sheboyganwi.gov; nicholas.noster@sheboyganwi.gov; rodrick.terrazas@sheboyganwi.gov; dean.bauer@sheboyganwi.gov; adam.loose@sheboyganwi.gov; andrew.quackenboss@sheboyganwi.gov; jeffrey.granke@sheboyganwi.gov; steven.ziebell@sheboyganwi.gov; kurt.miller@sheboyganwi.gov; brad.breitengross@sheboyganwi.gov; mario.serna@sheboyganwi.gov; joel.johnsrud@sheboyganwi.gov; troy.schultz@sheboyganwi.gov; eric.bollar@sheboyganwi.gov; jason.karras@sheboyganwi.gov; gregory.wucherer@sheboyganwi.gov; jamon.ingelse@sheboyganwi.gov; trevor.saeger@sheboyganwi.gov; tyler.schmitt@sheboyganwi.gov; brian.reeder@sheboyganwi.gov; larry.mcbain@sheboyganwi.gov; brian.freund@sheboyganwi.gov; scott.mueller@sheboyganwi.gov; chad.brandis@sheboyganwi.gov; brendan.hughes@sheboyganwi.gov; brent.adamson@sheboyganwi.gov; daniel.patron@sheboyganwi.gov; jeffrey.salzman@sheboyganwi.gov; justin.langdon@sheboyganwi.gov; |

**To:** mark.landgraf@sheboyganwi.gov; matthew.polzin@sheboyganwi.gov; pat.nicolaus@sheboyganwi.gov; tyler.meyer@sheboyganwi.gov; stephen.mechenich@sheboyganwi.gov; michael.lubbert@sheboyganwi.gov; jordan.juday@sheboyganwi.gov; nicholas.hoepfner@sheboyganwi.gov; adam.grandlic@sheboyganwi.gov; roy.brion@sheboyganwi.gov; kyle.wam@sheboyganwi.gov; kevin.siehr@sheboyganwi.gov; ryan.shaw@sheboyganwi.gov; steven.boyle@sheboyganwi.gov; michael.d'agostino@sheboyganwi.gov; michael.bayer@sheboyganwi.gov; bryan.stefancin@sheboyganwi.gov; jestin.demerath@sheboyganwi.gov; chase.fritsch@sheboyganwi.gov; joseph.cull@sheboyganwi.gov; randal.kiser@sheboyganwi.gov; michael.truckey@sheboyganwi.gov; william.cherek@sheboyganwi.gov; eric.montellano@sheboyganwi.gov; nicholas.kaat@sheboyganwi.gov; reed.norris@sheboyganwi.gov; patrick.gaines@sheboyganwi.gov; caleb.harmeling@sheboyganwi.gov; steven.olig@sheboyganwi.gov; luke.lubner@sheboyganwi.gov; zachariah.timreck@sheboyganwi.gov; michael.burgard@sheboyganwi.gov; michael.demcak@sheboyganwi.gov; andrew.walter@sheboyganwi.gov; karley.campbell@sheboyganwi.gov; louis.nett@sheboyganwi.gov; allison.lindow@sheboyganwi.gov; marcos.martinez@sheboyganwi.gov; andrew.perman@sheboyganwi.gov; john.senkbeil@sheboyganwi.gov; lucas.haltaufderheide@sheboyganwi.gov; zachary.snyder@sheboyganwi.gov; evan.carpenter@sheboyganwi.gov; melinda.garrigan@sheboyganwi.gov; scott.mealiff@wscssheboygan.com; mike.martin@wscssheboygan.com; ron.mueller@wscssheboygan.com; eric.wiesman@wscssheboygan.com; richard.bartzen@wscssheboygan.com; chris.wright@wscssheboygan.com; robert.ingraham@wscssheboygan.com; sara.balzer@wscssheboygan.com; greg.zabolocky@wscssheboygan.com; madelynn.pfister@wscssheboygan.com; mark.wittstock@sheboyganwi.gov; steve.meifert@sheboyganwi.gov; heather.burke@sheboyganwi.gov; bill.voss@sheboyganwi.gov; brian.willadsen@sheboyganwi.gov; tony.gottschalk@sheboyganwi.gov; dana.lepage@sheboyganwi.gov; josh.lampe@sheboyganwi.gov; tyler.hoffmann@sheboyganwi.gov; mark.oldenburg@sheboyganwi.gov; rachel.masse@sheboyganwi.gov; jordan.skiff@sheboyganwi.gov; stacy.weseljak@sheboyganwi.gov; emily.hearley@sheboyganwi.gov; linda.tryba@meadpl.org; ethel.pillman@meadpl.org; ashley.kapellen@meadpl.org; jamie.butzen@meadpl.org; ann.miller@meadpl.org; garrett.erickson@meadpl.org; matt.beinemann@meadpl.org; rachele.depagter@meadpl.org; susan.durant@meadpl.org; jeannie.gartman@meadpl.org; kelly.rohde@meadpl.org; lisa.strohschoen@meadpl.org; trish.federer@meadpl.org; beth.kaat@meadpl.org; corrina.delongchamp@meadpl.org; kristin.larson@meadpl.org; melissa.prentice@meadpl.org; debbie.deamico@meadpl.org; aleah.hill@meadpl.org; bree.rekowski@meadpl.org; vicki.weinberger@meadpl.org; lois.otten@meadpl.org; chase.devrou@meadpl.org; sydny.mehn@meadpl.org; carol.munroe@meadpl.org; joshua.lintereur@meadpl.org; alison.loewen@meadpl.org; molly.goltry@meadpl.org; zachary.marcotte@meadpl.org; anneliese.finke@meadpl.org; kathryn.badtke@meadpl.org; gregg.herr@meadpl.org; cheryl.nessman@meadpl.org; santino.laster@meadpl.org; erica.huntzinger@meadpl.org; mary.buchberger@meadpl.org; john.tully@meadpl.org; dann.claudon@meadpl.org; emily.wodrich@meadpl.org; steven.wodrich@meadpl.org; jeremy.barthels@meadpl.org; claire.alger@meadpl.org; sophie.nguyen@meadpl.org; shayla.riley@meadpl.org; tom.rauwerdink@meadpl.org; aubrey.laux@meadpl.org; sydney.anderson@meadpl.org; paula.bartz-wagner@sheboyganwi.gov; barbara.hanson@sheboyganwi.gov; katherine.kobs@sheboyganwi.gov;

2

**To:** chad.pelishek@sheboyganwi.gov; steve.sokolowski@sheboyganwi.gov; janet.duellman@sheboyganwi.gov; development.intern@sheboyganwi.gov; abby.block@sheboyganwi.gov; ellise.rose@sheboyganwi.gov; david.biebel@sheboyganwi.gov; joe.kerlin@sheboyganwi.gov; travis.larson@sheboyganwi.gov; brandon.munnik@sheboyganwi.gov; neil.sprangers@sheboyganwi.gov; travis.fintelmann@sheboyganwi.gov; nathan.schanno@sheboyganwi.gov; mark.wilhelm@sheboyganwi.gov; michael.willmas@sheboyganwi.gov; rick.ney@sheboyganwi.gov; christopher.peterson@sheboyganwi.gov; james.herschleb@sheboyganwi.gov; michael.bender@sheboyganwi.gov; michael.johnson@sheboyganwi.gov; chad.jones@sheboyganwi.gov; matthew.yancey@sheboyganwi.gov; brian.meulbroek@sheboyganwi.gov; tyson.pitsch@sheboyganwi.gov; scott.hinz@sheboyganwi.gov; ryan.cyr@sheboyganwi.gov; john.bridges@sheboyganwi.gov; chad.kuehn@sheboyganwi.gov; bob.hayon@sheboyganwi.gov; nicholas.binsfeld@sheboyganwi.gov; jason.brill@sheboyganwi.gov; brian.schmitt@sheboyganwi.gov; kenneth.meinnert@sheboyganwi.gov; juan.garcia@sheboyganwi.gov; al.keitel@sheboyganwi.gov; john.burkard@sheboyganwi.gov; maxwell.zschetzsche@sheboyganwi.gov; benjamin.mohar@sheboyganwi.gov; timothy.allee@sheboyganwi.gov; joel.brunnbauer@sheboyganwi.gov; jason.harrison@sheboyganwi.gov; daniel.billmann@sheboyganwi.gov; jeffrey.bemis@sheboyganwi.gov; richard.beseler@sheboyganwi.gov; timothy.bull@sheboyganwi.gov; allen.fleisner@sheboyganwi.gov; david.smith@sheboyganwi.gov; christopher.dekker@sheboyganwi.gov; james.mckenzie@sheboyganwi.gov; james.michalesko@sheboyganwi.gov; adam.fryman@sheboyganwi.gov; travis.hill@sheboyganwi.gov; steven.kuchinski@sheboyganwi.gov; heather.burke@sheboyganwi.gov; karl.leissring@sheboyganwi.gov; mark.polich@sheboyganwi.gov; mark.kuhfuss@sheboyganwi.gov; chad.prisinger@sheboyganwi.gov; dennis.klumb@sheboyganwi.gov; ryan.schneider@sheboyganwi.gov; kevin.prisinger@sheboyganwi.gov; christian.anderson@sheboyganwi.gov; william.deamico@sheboyganwi.gov; thomas.ross@sheboyganwi.gov; scott.plehn@sheboyganwi.gov; shane.piel@sheboyganwi.gov; mark.kiser@sheboyganwi.gov; dawn.sokolowski@sheboyganwi.gov; adam.gilson@sheboyganwi.gov; james.stromski@sheboyganwi.gov; tyler.popp@sheboyganwi.gov; shawn.soucheck@sheboyganwi.gov; kyle.thomas@sheboyganwi.gov; rachel.masse@sheboyganwi.gov; christopher.huenink@sheboyganwi.gov; ross.hoblitzell@sheboyganwi.gov; justin.brooks@sheboyganwi.gov; daniel.dassler@sheboyganwi.gov; jeremiah.montgomery@sheboyganwi.gov; devin.hoffmann@sheboyganwi.gov; stacy.weseljak@sheboyganwi.gov; fredric.jonas@sheboyganwi.gov; brady.fick@sheboyganwi.gov; eugene.kunstman@sheboyganwi.gov; steve.cobb@sheboyganwi.gov; christopher.domagalski@sheboyganwi.gov; eric.edson@sheboyganwi.gov; william.adams@sheboyganwi.gov; joel.kuszynski@sheboyganwi.gov; cassandra.wohlgemuth@sheboyganwi.gov; troy.stahl@sheboyganwi.gov; laura.boldt@sheboyganwi.gov; elizabeth.gruenke@sheboyganwi.gov; deeanna.jaschob@sheboyganwi.gov; timothy.patton@sheboyganwi.gov; michael.wynveen@sheboyganwi.gov; penny.weber@sheboyganwi.gov; todd.danen@sheboyganwi.gov; shannon.mckay@sheboyganwi.gov; kent.huibregtse@sheboyganwi.gov; michael.mccarthy@sheboyganwi.gov; brian.inger@sheboyganwi.gov; stephen.schnabel@sheboyganwi.gov; timothy.mcmullen@sheboyganwi.gov; paul.olsen@sheboyganwi.gov; jeff.fitzpatrick@sheboyganwi.gov;

**To:** jill.krutzik@sheboyganwi.gov; henry.meller@sheboyganwi.gov; james.veeser@sheboyganwi.gov; matthew.walsh@sheboyganwi.gov; brian.retzer@sheboyganwi.gov; michael.stelter@sheboyganwi.gov; christopher.stephen@sheboyganwi.gov; matthew.heimerl@sheboyganwi.gov; douglas.teunissen@sheboyganwi.gov; piotr.gordziej@sheboyganwi.gov; sarah.blodgett@sheboyganwi.gov; jonathan.smith@sheboyganwi.gov; john.rupnick@sheboyganwi.gov; matthew.braesch@sheboyganwi.gov; thomas.aker@sheboyganwi.gov; rebecca.rupnick@sheboyganwi.gov; christopher.bahr@sheboyganwi.gov; brandon.kehoe@sheboyganwi.gov; anthony.hamilton@sheboyganwi.gov; ryan.walloch@sheboyganwi.gov; timothy.anhalt@sheboyganwi.gov; trisha.saeger@sheboyganwi.gov; robert.erickson@sheboyganwi.gov; israel.deutsch@sheboyganwi.gov; yeng.yang@sheboyganwi.gov; alexander.jaeger@sheboyganwi.gov; joel.hendrikse@sheboyganwi.gov; joel.clark@sheboyganwi.gov; andrew.kundinger@sheboyganwi.gov; melanie.mccarthy@sheboyganwi.gov; spencer.wilson@sheboyganwi.gov; dustin.fickett@sheboyganwi.gov; holly.kehoe@sheboyganwi.gov; christin.koenig@sheboyganwi.gov; michael.thielke@sheboyganwi.gov; michael.cordier@sheboyganwi.gov; kevin.post@sheboyganwi.gov; travis.barber@sheboyganwi.gov; richard.hang@sheboyganwi.gov; nicholas.helland@sheboyganwi.gov; jeremy.kegler@sheboyganwi.gov; bryan.pray@sheboyganwi.gov; benjamin.woodward@sheboyganwi.gov; alicia.rotier@sheboyganwi.gov; anna.taylor@sheboyganwi.gov; nicole.slupski@sheboyganwi.gov; melissa.bartell@sheboyganwi.gov; kendra.christensen@sheboyganwi.gov; cal.stoffel@sheboyganwi.gov; christopher.sondalle@sheboyganwi.gov; mona.mair@sheboyganwi.gov; taylor.johnson@sheboyganwi.gov; kendra.zipperer@sheboyganwi.gov; lucas.haese@sheboyganwi.gov; sean.goffard@sheboyganwi.gov; isiah.calhoun@sheboyganwi.gov; isaiah.trussell@sheboyganwi.gov; emily.jensen@sheboyganwi.gov; cheechia.yang@sheboyganwi.gov; michael.moore@sheboyganwi.gov; jordan.stoelb@sheboyganwi.gov; jack.grassmann@sheboyganwi.gov; dekker.mccabe@sheboyganwi.gov; george.rasavong@sheboyganwi.gov; michael.thomas@sheboyganwi.gov; rachel.smith@sheboyganwi.gov; laura.bushey@sheboyganwi.gov; tyler.matelski@sheboyganwi.gov; dana.mugan@sheboyganwi.gov; rodolfo.monarrez@sheboyganwi.gov; janice.koepsell@sheboyganwi.gov; kurt.zempel@sheboyganwi.gov; ryan.prue@sheboyganwi.gov; stephen.schuldes@sheboyganwi.gov; joshua.becker@sheboyganwi.gov; michael.bigari@sheboyganwi.gov; matt.greenwood@sheboyganwi.gov; zachary.jensema@sheboyganwi.gov; mitchell.leckie@sheboyganwi.gov; chris.strzyzewski@sheboyganwi.gov; seth.longley@sheboyganwi.gov; william.bulson@sheboyganwi.gov; angelica.torres@sheboyganwi.gov; missy.mallmann@sheboyganwi.gov; alison.meyer@sheboyganwi.gov; jacob.hoevker@sheboyganwi.gov; marcus.renzelmann@sheboyganwi.gov; kristin.berglund@sheboyganwi.gov; andrew.bailey@sheboyganwi.gov; anastasia.dowling@sheboyganwi.gov; ryan.sazama@sheboyganwi.gov; scott.isaacs@sheboyganwi.gov; vic.gatawakas@sheboyganwi.gov; jordan.sucha@sheboyganwi.gov; michael.born@sheboyganwi.gov; kevin.jump@sheboyganwi.gov; andrew.bartell@sheboyganwi.gov; tyler.hill@sheboyganwi.gov; ryan.biebel@sheboyganwi.gov; tim.moyer@sheboyganwi.gov; dpw.intern@sheboyganwi.gov; charles.brennan@sheboyganwi.gov; emma.jones@sheboyganwi.gov; chad.pelishek@sheboyganwi.gov; pat.eirich@sheboyganwi.gov; scott.winter@sheboyganwi.gov;

**To:** gary.vanauken@sheboyganwi.gov; dave.anderson@sheboyganwi.gov; bill.borzyskowski@sheboyganwi.gov; joseph.folger@sheboyganwi.gov; linnae.wierus@sheboyganwi.gov; jeffrey.lutzke@sheboyganwi.gov; savanna.kapelka@sheboyganwi.gov; chuck.reschke@shorelinemetro.com; ann.koeller@shorelinemetro.com; derek.muench@shorelinemetro.com; bruce.felten@shorelinemetro.com; roland.knorr@shorelinemetro.com; scott.navis@shorelinemetro.com; patrick.moehring@shorelinemetro.com; edward.procek@shorelinemetro.com; jim.schramm@sheboyganwi.gov; zachariah.heinen@sheboyganwi.gov; michael.kirchmeier@shorelinemetro.com; erica.ellinger@shorelinemetro.com; christopher.faust@shorelinemetro.com; florentine.soto@shorelinemetro.com; bud.schultz@shorelinemetro.com; rosa.lange@shorelinemetro.com

**Subject:** City of Sheboygan Support

We realize several of you are receiving questions from colleagues, friends, and family regarding the article published in The Sheboygan Press on October 10, 2022. On behalf of the Common Council leadership and Mayor Ryan Sorenson, we encourage and empower you to exercise your right to utilize the Advocate Aurora Employee Assistance Program, 800-236-323, throughout this challenging time.

Furthermore, concerns about suspected violations to the City of Sheboygan code of conduct, violations of laws or ordinances, or policy infractions may be submitted confidentially at: (920)-550-2TIP or whistleblower@sheboyganwi.gov.

While we are taking the necessary steps to address concerns, we want to extend our support to our public servants and constituents. Please know your Common Council is on standby for support.

Barb Felde

Common Council President
Alderperson District 1
Chairperson License Hearing & Public Safety Committee
Chairperson Board of License Examiners
Finance & Personnel Committee Member
Senior Services Commission Member
Transit Commission Member