



November 21, 2022

Chad Pelishek  **PERSONAL AND CONFIDENTIAL**
Director of Planning & Development
City Hall
828 Center Ave.
Sheboygan, WI 53081

Re:   Notice of Investigation and Need to Cooperate, and Directives

Dear Chad:

This letter is being presented to you as part of an administrative investigation conducted by the City of Sheboygan into communications, conduct and leadership of the City Administrator and certain allegations of inappropriate and illegal conduct made by the City Administrator. The goal of this investigation is to obtain complete, objective, and impartial findings related to certain allegations that have been made. To that end, and because it is a priority to have a respectful, productive workplace culture in the City, we have hired an outside attorney experienced in conducting investigations, Jill Pedigo Hall, to carry out this process. In order to ensure a fair and objective investigation, you are directed to fully cooperate with Attorney Hall in this investigation, including to follow the directives set forth in this memo. Attorney Hall will contact you to set up a Zoom or in-person interview in the next few weeks.

You should regard these directives as essential job duties. Please keep in mind the fundamental expectations of your position, including the responsibility that you treat all persons with professional respect, dignity, and with full regard for the consequences of your behavior as a City employee. Fulfilling that expectation is essential during this time and is appreciated and valued.

Your duty to cooperate with this inquiry requires, but is not limited to, your compliance with the following specific directives.

- **Confidentiality:** You are directed to keep confidential the existence and content of this letter and this inquiry, and your discussion with Attorney Hall regarding any aspect of the inquiry. You may not share such information with any other persons, unless a lawful reason affirmatively permits or requires you to disclose such information. For example, if you have a legal right to a representative as a function of your position within the City, then you may disclose certain information to that representative. However, you will be required to provide notice to Attorney Hall that you intend to make such disclosure prior to doing so and provide the reason for the disclosure.

**MAYOR'S OFFICE**

CITY HALL
828 CENTER AVE.
SHEBOYGAN, WI 53081

920-459-3317
www.sheboyganwi.gov



The purpose of this confidentiality instruction is to safeguard the welfare and privacy of all individuals involved. Maintaining required confidentiality will also fulfill the following necessary aspects of this investigation:
- Compliance with City policy.
- Preservation of any privileges necessary for the City to protect its interests pursuant to this inquiry.
- Protection of individuals involved and participating in this matter from retaliatory, intimidating or harassing conduct.
- Preservation of the integrity and effectiveness of the inquiry.
- Your protection as a participant in this inquiry and to protect the City and the City Administrator.

Your obligation to keep the above-stated information confidential exists until you are formally and expressly relieved of this direction by me.

- **Truthfulness:** You are directed to answer all questions posed to you by Attorney Hall truthfully and completely. This directive to answer questions truthfully, completely, and with forthrightness is essential for purposes of the effectiveness of this inquiry. Your failure to do so may be treated as insubordination and the City may draw adverse inferences based on your failure to comply with this order.

- **No Retaliation:** You are prohibited from engaging in any retaliatory, intimidating, or harassing conduct against any person who participates in this inquiry. In turn, the City will not tolerate retaliatory conduct directed at you for your participation in this inquiry. This instruction is essential and your complete compliance is necessary. The City will not tolerate retaliatory conduct, including but not limited to backhanded comments, cold-shouldering, undermining, and other disrespectful behavior that has no place among professionals. In the event that you become aware of any retaliatory, intimidating, or harassing conduct against any participant in this inquiry, please notify the attorney interviewer and me immediately. During the pendency of this matter, to the extent you must make any decisions of significance toward any subordinate, then I am directing you to discuss those decisions with me and particularly the legitimacy of those decisions, before implementing the same. This is for your protection, as well as for furthering the interests identified herein.

- **Requests for Information:** In the event you are asked to provide records, then we ask for your cooperation. If you object, then please apprise the interviewer of the reasons for your objection. Those objections will then be considered. If a lawful basis exists for the City to obtain these records, then you will be expected to comply with a directive to provide such records. Under no circumstances are you permitted to modify, alter, delete, or destroy any records related to your employment, any official or unofficial City business, or any records germane to this matter including, but not limited to, electronic records, such as text messages, email messages, social media posts and other messaging.

MAYOR'S OFFICE

CITY HALL
828 CENTER AVE.
SHEBOYGAN, WI 53081

920-459-3317
www.sheboyganwi.gov



- **Duty to Report Violation of This Directive:** If you are aware of any violation of the directives contained herein by any other member of the City, please immediately notify me and the attorney interviewer and provide us with the full facts supporting such concern.

- **Communications with Co-Workers and Director:** Please ensure that your communications with co-workers during this period are professional and respectful. As you know, during the pendency of this investigation, City Administrator Todd Wolf will be on administrative leave. Please refrain from communicating with Mr. Wolf during this time.

This inquiry is designed to get to the truth. It is vital that no City employee engages in any conduct in contravention of these directives. Our goal is to gain an understanding of the factual basis behind concerns expressed regarding the Administrator's communications and conduct and also to determine whether there is factual support for the Administrator's allegations, so that we can resolve any legitimate concerns and create a more productive and positive work environment. Thank you for assisting in this process.

If you have any questions regarding these directives, then please immediately forward those questions to me. The directives are effective immediately.

Sincerely,

*Ryan Sorenson*
Ryan Sorenson
Mayor

cc: Jill Pedigo Hall, von Briesen & Roper, s.c. via email
    Charles Adams, City Attorney
    Liz Majerus, Assistant City Attorney

**MAYOR'S OFFICE**

CITY HALL
828 CENTER AVE.
SHEBOYGAN, WI 53081

920-459-3317
www.sheboyganwi.gov