



**THURSDAY 8**

Dec 9

Coffee
Paradigm
Sorenson, Ryan

SASD/City Meeting
Conf CH 313
Sorenson, Ryan

Interdepartmental Neighborhood
City Hall Conference Room 305
Duellman, Janet

Special Events Pt. 3
Conf CH 216
Majerus, Liz

south point ground breaking
south point business park

Sheboygan MPO Technical and Policy Advisory
Committees Joint Meeting
Sheboygan City Hall and/or Teleconference
Jeff Agee-Aguayo

Cities Initiative Board of Directors Meeting
https://us06web.zoom.us/j/85429642102?pwd=Nnk25
Kyle Hills