**Pelishek, Chad**

**From:** Majerus, Liz
**Sent:** Tuesday, February 7, 2023 3:57 PM
**To:** All City Email Users
**Subject:** City Administrator Update

Good Afternoon,

As of today, the City of Sheboygan, 8 of 10 alders, Mayor Sorenson, City Attorney Adams, and various others were served a summons and complaint naming them as defendants in a federal lawsuit filed by Attorney Jennifer DeMaster on behalf of Todd Wolf.

Because the City is a defendant, all City employees are directed to have no communication with Mr. Wolf or Attorney DeMaster. If either contacts you, please do not respond and please let me know. This may be difficult as I suspect some staff have maintained personal relationships with Mr. Wolf. But your communications may not only become evidence in this case, they could be used against the City or Mr. Wolf, and may make it more likely that you will be deposed or called as a witness to testify in this suit.

Federal lawsuits take a long time to resolve so please don't worry if I don't provide frequent updates. Rest assured that I will update staff as appropriate.

Given this lawsuit and the press releases already circulating, you may be asked by friends, neighbors and even coworkers for "the *inside scoop*." We know, though, that rumors serve no one. When you're asked about this lawsuit, I encourage you to say that this is both a personnel matter and the topic of active litigation so you're not able to discuss it. Some will take this news better than others and I feel for your discomfort. If you have questions or concerns, please direct them to your supervisor, me, or Adam Westbrook, our new HR Director.

I appreciate your understanding and thank you for your commitment as public servants.
Liz

*Liz Majerus*

Assistant City Attorney
(920) 459-3917
liz.majerus@sheboyganwi.gov
(she/her)

https://www.sheboyganwi.gov