## Pelishek, Chad

**From:** Pelishek, Chad
**Sent:** Friday, March 3, 2023 1:09 PM
**To:** Westbrook, Adam
**Subject:** FW: Concerned Community Member

Adam:

No one from my team was present at this meeting so I am not sure what happened and will not be responding, but am hopeful someone from the City Leadership Team will be responding.

Thanks,

Chad Pelishek
Director of Planning and Development
City of Sheboygan
(920) 459-3383
(920) 619-1342 (cell)
Chad.Pelishek@sheboyganwi.gov
www.sheboyganwi.gov

-----Original Message-----
From: J S <mac080977@gmail.com>
Sent: Friday, March 3, 2023 10:48 AM
Subject: Concerned Community Member

Hello -

It has taken me a while to write this email because I was not sure how to communicate my thoughts in a constructive way. That being said, I can't shake the feeling that someone should be made aware of a situation that occurred involving City of Sheboygan elected officials and employees. I also am unsure of who that someone should be.

At the Sheboygan County Chamber gala a few weeks ago, at a table I am assuming was paid for by the City, a group of individuals were speaking very negatively about Todd Wolf, even at times calling him names with vulgar language. Everyone in the City seems to be aware that there is a lawsuit going on between Todd and the City, so I am not sure why individuals would be speaking about it at all in public, in particular in such an inappropriate way while representing the City. I don't have an opinion on the lawsuit, but as an individual who believes that people should be kind and professional, especially while representing the City, this has really disappointed me and I feel the City deserves better. I truly makes me worried what is said or what behavior occurs behind closed doors at the City if this is said so openly in public.

I do not feel comfortable openly communicating on this manner due to the drama that I have read in the paper, which why I made this anonymous email to send. I hope this can be shared with the individuals who were at the event to m sure they are aware of the impact of their actions. Additionally, I encourage the Mayor, Council and management at the City to communicate the importance of professionalism, respect and kindness to all staff and elected officials.

I appreciate you reading this email and I truly hope it can make an ounce of difference to the situation.

1