Pelishek, Chad

| | |
|---|---|
| **From:** | Westbrook, Adam |
| **Sent:** | Wednesday, March 8, 2023 4:07 PM |
| **To:** | Adams, Charles; Pelishek, Chad; DeBruin, Meredith; Krueger, Kaitlyn; Montellano, Eric; Bushman, Eric; Erickson, Garrett; Sorenson, Ryan; Biebel, David; Domagalski, Christopher; Muench, Derek; Rendall-Araujo, Emily; Trueblood, Joe; Torry, Judge Natasha |
| **Subject:** | Todd Wolf Investigation Records Request |
| **Attachments:** | Final summary report re_ Wolf Investigation.pdf; Wolf Responsive Comment re Hall Invest Rpt Feb 6 and Attachment.pdf |

Hello all,

As you are aware, the City has received several requests for the report that was drafted by vonBriesen and that outlines the results of the investigation into the conduct of former Administrator Wolf which resulted in his termination. I am writing to give you all a heads up that the City will be releasing the report today to those who have requested it. As Chuck indicated in our management meeting, the timeline for this release has largely been controlled by statute. After the report was done, the City had to determine if the record was releasable. Once that decision was made, we were required to give the subject of the record (in this case former Administrator Wolf) 10 days to file an action with Circuit Court if he wanted to block the release of the record. He did not do this. Now that those deadlines have passed, we are required to release the record to those who request it.

In addition to the report summary drafted by vonBriesen, former Administrator Wolf had the option of providing a response and supplement to the document. He chose to do this and attach the federal complaint to his response.

I want to emphasize a few things for you.
1. I am sharing these documents with you (department heads) because I have heard your concerns about feeling like you are finding out about things in the paper instead of from the City. As was said before, there are some things that you may want to know that simply cannot be shared. This is not one of those things, and because of that, I wanted to ensure you got the documents and could read them prior to hearing about them from somewhere else.
2. This report, Todd's response, and the federal lawsuit he filed name several employees and discuss events and issues (some factual some not) that happened at the City. One thing that will not be tolerated from any employee or member of the public is retaliation or other poor treatment of any employee. Given this issue, I specifically mean toward any employee who is mentioned in the report or lawsuit. Any such behavior from City employees will be grounds for immediate discipline. Please do everything you can to ensure that if this becomes a talking point in your department that you are either shutting it down right away if it is during inappropriate times, or making sure it is not creating negative or hostile environments for any other employee.
3. The investigation summary is just that, a *summary* of what vonBriesen found during the course of the investigation. It is not filled with detail, and does not provide context for everything that happened. However, it does represent the factual findings of the independent investigation.

I also would like to give you all some responses and reminders if you get questioned by staff, citizens, or the media.
1. Because the City is a party to a federal lawsuit, no employee is allowed to speak about matters related to former Administrator Wolf or business of the City of Sheboygan involving former Administrator Wolf to anyone without our Attorneys being present.
2. If you are asked by staff members/employees about what is happening, this report is a public record and I would encourage you to encourage them to read the documents themselves. Beyond that, I would recommend saying something to the effect of, "I would really like to be able to discuss this with you, but I am just not the best

1

person to answer that." You can then direct them to the Mayor, the City Attorney, or myself depending on the nature of the question.
3. If you are asked a question by the media or the public, I would recommend saying something to the effect of "Thank you for asking. I wish I could provide you a comment or more details, but I would recommend that you contact [the mayor, the city attorney, HR Director] about that as they will be able to provide a more complete answer." Or "I would like to respond, but unfortunately because the City is a part in an active lawsuit, I am not able to discuss the matter without our attorney present."

Finally, I want to just reiterate my commitment to all of you and to the City to help transform the culture and the dynamic of this team and this City. I know that each one of you had a very different relationship with the former administrator, and that each one of you feel differently about the Councils actions and subsequent events. I cannot do anything about what happened in the past. I cannot do anything to fix relationships that have been strained or to undo feelings of resentment or discontentment. What I can do is work every day to ensure that each one of you feels respected, supported, and valued by the City as an organization moving forward.

I hope the release of this report is the beginning of a new chapter for the City and for all of you. I know there will be more "rocky" days ahead as the lawsuit continues on, but I promise to support you in any way I can.

Please let me know if you have any questions or if there is anything I can do to support you right now.

**Adam James Westbrook, J.D.**
He/Him/His (about pronouns)
Director of Human Resources and Labor Relations
City of Sheboygan, Wisconsin
Adam.westbrook@sheboyganwi.gov

2

Case 2:23-cv-01048-WED   Filed 08/07/23   Page 2 of 2   Document 1-10