UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHAD PELISHEK,

          Plaintiffs,

     v.                                Case No. 23-CV-1048

CITY OF SHEBOYGAN,
RYAN SORENSON,
AMANDA SALAZAR,
EMILY RENDALL-ARAUJO AND
CHARLES C. ADAMS,

          Defendants.

---

COURT MINUTES OF
RULE 16 TELEPHONIC SCHEDULING CONFERENCE

---

HONORABLE WILLIAM E. DUFFIN PRESIDING

DATE:      April 22, 2024 at 9:30 AM      DEPUTY CLERK: Linda M. Zik

TIME COMMENCED:    9:30 a.m.      TIME CONCLUDED:    9:37 a.m.

Zoom audio

APPEARANCES:

    PLAINTIFF:      **Jennifer DeMaster**

    DEFENDANTS:    **Warren E. Buliox**

**DEADLINES SET:**
**5/25/2024** – Rule 26(a)(1) Initial Disclosures
**7/1/2024** – Plaintiff's Expert Disclosures
**9/2/2024** – Defendants' Expert Disclosures
**10/15/2024** – Discovery
**1/31/2025** – Dispositive / Summary Judgment Motions

No Final Pretrial or Trial dates will be set until dispositive motions are decided. If summary judgment motions are filed and claims survive, or if no summary judgment motions are filed, then the court will set another telephonic scheduling conference to schedule these dates.

Scheduling Order to be entered.

**COMMENTS:**

COURT has the parties Rule 26(f) report.

Report contains a discussion about limited consolidation with Wolf v. City of Sheboygan, et al. case no. 23-cv-149. Court believes the parties can work this out without court intervention.

Defendants indicate in the report that it may take more than one day to take the plaintiff's deposition; court believes it should take only one day.

MEDIATION
If the parties would like the case reassigned to another magistrate for mediation, they are to file a letter requesting one; a deadline will not be set for mediation.