UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CHAD PELISHEK,**

    **Plaintiff,**

v.        Case No. 23-CV-1048

**CITY OF SHEBOYGAN,**
**RYAN SORENSON,**
**AMANDA SALAZAR,**
**EMILY RENDALL-ARAUJO, and**
**CHARLES C. ADAMS,**

    **Defendants.**

---

## SCHEDULING ORDER

On April 22, 2024, the court conducted a telephonic scheduling conference pursuant to Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff was Attorney Jennifer DeMaster. Appearing on behalf of the defendants was Attorney Warren E. Buliox.

**IT IS HEREBY ORDERED,**

1. The parties shall make their initial disclosures to the opposing party in accordance with Fed. R. Civ. P. 26(a) no later than **May 25, 2024**.

2. The plaintiff shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than **July 1, 2024**.

3. The defendants shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than **September 2, 2024**.

4. All discovery is to be completed by **October 15, 2024**. Pursuant to Civil Local Rule 26(c), depositions to preserve testimony for trial, so-called "trial depositions," are to be completed by this date. Boilerplate objections to discovery requests are not to be used. In the event a responding party has an objection to a particular discovery request, the objection is to be stated with specificity. The response should also indicate whether some or all of the requested information or documents are NOT being produced on the basis of an objection.

5. All motions for summary judgment together with the moving party's principal materials in support of the motion are to be filed in accordance with Civil L.R. 56 no later than **January 31, 2025**.

6. The court will schedule a telephonic scheduling conference to discuss further scheduling if no summary judgment motions are filed or if resolution of the summary judgment motions does not dispose of the case in its entirety.

7. Any request for court action must be filed as a motion. A joint request should be filed as a joint motion. Aside from a stipulation to dismiss under Fed. R. Civ. P. 41(a)(1)(A)(ii), the court will not take any action on stipulations.

Dated at Milwaukee, Wisconsin this 22nd day of April, 2024.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge