# EXHIBIT E

# Warren Buliox

| | |
|---|---|
| **From:** | Kerrie Murphy |
| **Sent:** | Wednesday, September 25, 2024 5:13 PM |
| **To:** | Jen DeMaster |
| **Cc:** | Warren Buliox; Katie Dienberg; Anthony Jackson; Paralegal |
| **Subject:** | Pelishek litigation - Follow up to meet and confer conference call on Sept. 23, 2024 |
| **Attachments:** | Defendants response to DeMaster 9.17.24 GFL Ltr - corrected to remove reference to settlement communication and resent on 9.23.24.pdf; MG000927-Pel - MG000929-Pel.pdf; CA000001-Pel - CA000003-Pel Confidential Attorneys Eyes Only.pdf; CA000023-Pel - CA000237-Pel Confidential Attorneys Eyes Only.pdf; RS000476(Wolf) - RS000519(Wolf) CONFIDENTIAL ATTORNEYS EYES ONLY.pdf; ERA000001-Pel - ERA000181-Pel CONFIDENTIATTORNEYS EYES ONLY.pdf |

Jen,

As you requested, here is another copy of the letter we sent to you on September 20, 2024, which as removed the incorrect designation that it was a confidential settlement communication.

I misspoke during our meet and confer call on Sept. 23 in relation to the screenshot of the 3/7/2023 email that you provided to us. I was referring to the email that we produced with our September 20th letter which was Bates stamped MG000921-MG000926 when I made that statement during our call. I apologize for misspeaking. The 3/7/2023 email was not one of the emails that IT Director Greenwood pulled in relation to the ESI searches that he conducted regarding the Requests for Production served on Mayor Sorenson. However, since we did agree to produce the email that was depicted in the screenshot provided by Plaintiff, during our meet and confer call today, I had IT Director Greenwood search for the email and send it to me. It is attached to this email as MG000927-MG000929.

As we indicated during our call on Sept. 23, Plaintiff's email address was not included in the search that was done in relation to Mayor Sorenson's Request No. 3 and Ms. Rendall-Araujo – Request No. 8. All other known email addresses for any individual listed in both parties initial disclosures were included in the ESI searches run by IT Director Greenwood. We assumed that you would specifically list Plaintiff if you wanted his email account included in a search. However, given your assertion that Plaintiff is listed in the Initial Disclosures" and should have been included these searches, we have asked IT Director Greenwood to run a search for these 2 Requests. If there are any emails "relating to the allegations in the above-captioned case, the above-captioned case, Chad, Pelishek, or any legal counsel for Chad Pelishek" pulled by these searches, these 2 responses will be supplemented.

**City Attorney Adams**. We have attached unredacted copies of CA000001-CA000003. **Please substitute this production for the prior redacted copies.**

We disagree that Request No. 1 issued to City Attorney Adams asked for billing statements for his cell phone number. His cell phone number was not included as one of the phone numbers specifically listed in the Request and it is a phone number that Plaintiff's counsel knew was associated with this defendant since redacted cell phone records were produced in the Wolf litigaiton. However, to resolve this dispute, City Attorney Adams has agreed to produce copies of his cell phone records from August 22, 2022 – May 1, 2023, Bates stamped CA000023-Pel – CA000237-Pel. There are 5 cell phone numbers associated with Account, (920) 889-1255 is the cell phone number assigned to City Attorney Adams. The other lines are used by his family members and information related to those lines has been redacted.

**All phone records produced by City Attorney Adams are marked "Confidential – Attorneys Eyes Only" as agreed upon by the parties. We expect you to adhere to the confidentiality protections provided these records under the Protective Order.**

**Mayor Sorenson.** We have attached unredacted copies of RS000476-RS000519(Wolf) which were Mayor Sorenson's redacted cell phone records produced in the Wolf litigation as you requested during our call. Mayor Sorenson cannot access his call/text log records any further back than what has been provided via his online account. He sent a request to AT & T for billing statements from August 22, 2022 – May 1, 2023 as well as his call and text logs for August 22, 2022 – October 31, 2022 and February 3, 2023 – May 1, 2023. We will produce what we are provided once we have received them from A T & T.

**All phone records produced by Mayor Sorenson are marked "Confidential – Attorneys Eyes Only" as agreed upon by the parties. We expect you to adhere to the confidentiality protections provided these records under the Protective Order.**

**Emily Rendall-Araujo.** We have attached unredacted copies of ERA000001-Pel – ERA000181-Pel, which covers the time period identified in Request No. 1. **Please substitute this production for the prior redacted copies**. There are 4 lines associated with this Account, (920) 207-5899 is the cell phone number assigned to Emily. The other lines are used by her family members and information related to those lines has been redacted.

**All phone records produced by Emily are marked "Confidential – Attorneys Eyes Only" as agreed upon by the parties. We expect you to adhere to the confidentiality protections provided these records under the Protective Order.**

**City Phone records.** IT Director Greenwood has advised that he has requested copies of the phone records responsive to subpoena Topic 11. We will supplement the City's response to the subpoena once we receive these records.

We anticipate that the information provided in our letter dated September 20, 2024, our meet and confer call on September 23, 2024, as well as this additional production has addressed the discovery issues raised by you in your September 17 letter. Please confirm that you will not be sending any subpoenas for phone records based on our compromises and production of unredacted phone records.

**Kerrie M. Murphy**
*Managing Partner*
D: 515.657.5684



**West Des Moines Office:**
Regency West Office Park | Building 8
4350 Westown Parkway, Suite 120
West Des Moines, IA 50266
T: 515.453.8509 | F: 515.267.1408

**Milwaukee Office**
735 North Water Street | Suite 610 | Milwaukee | WI 53202
T: 414.436.0353 | F: 414.436.0354

# Warren Buliox

| | |
|---|---|
| **From:** | Kerrie Murphy |
| **Sent:** | Wednesday, September 25, 2024 5:26 PM |
| **To:** | Jen DeMaster |
| **Cc:** | Warren Buliox; Anthony Jackson; Katie Dienberg |
| **Subject:** | FW: Pelishek litigation - Follow up to meet and confer conference call on Sept. 23, 2024 - Email 1 of 4 |
| **Attachments:** | Defendants response to DeMaster 9.17.24 GFL Ltr - corrected to remove reference to settlement communication and resent on 9.23.24.pdf; MG000927-Pel - MG000929-Pel.pdf; CA000001-Pel - CA000003-Pel Confidential Attorneys Eyes Only.pdf |

Jen,

This is email 1 of 4 because the attachments are too large to send in one email.

As you requested, here is another copy of the letter we sent to you on September 20, 2024, which as removed the incorrect designation that it was a confidential settlement communication.

I misspoke during our meet and confer call on Sept. 23 in relation to the screenshot of the 3/7/2023 email that you provided to us. I was referring to the email that we produced with our September 20th letter which was Bates stamped MG000921-MG000926 when I made that statement during our call. I apologize for misspeaking. The 3/7/2023 email was not one of the emails that IT Director Greenwood pulled in relation to the ESI searches that he conducted regarding the Requests for Production served on Mayor Sorenson. However, since we did agree to produce the email that was depicted in the screenshot provided by Plaintiff, during our meet and confer call today, I had IT Director Greenwood search for the email and send it to me. It is attached to this email as MG000927-MG000929.

As we indicated during our call on Sept. 23, Plaintiff's email address was not included in the search that was done in relation to Mayor Sorenson's Request No. 3 and Ms. Rendall-Araujo – Request No. 8. All other known email addresses for any individual listed in both parties initial disclosures were included in the ESI searches run by IT Director Greenwood. We assumed that you would specifically list Plaintiff if you wanted his email account included in a search. However, given your assertion that Plaintiff is listed in the Initial Disclosures" and should have been included these searches, we have asked IT Director Greenwood to run a search for these 2 Requests. If there are any emails "relating to the allegations in the above-captioned case, the above-captioned case, Chad, Pelishek, or any legal counsel for Chad Pelishek" pulled by these searches, these 2 responses will be supplemented.

**City Attorney Adams**. We have attached unredacted copies of CA000001-CA000003. **Please substitute this production for the prior redacted copies.**

We disagree that Request No. 1 issued to City Attorney Adams asked for billing statements for his cell phone number. His cell phone number was not included as one of the phone numbers specifically listed in the Request and it is a phone number that Plaintiff's counsel knew was associated with this defendant since redacted cell phone records were produced in the Wolf litigaiton. However, to resolve this dispute, City Attorney Adams has agreed to produce copies of his cell phone records from August 22, 2022 – May 1, 2023, Bates stamped CA000023-Pel – CA000237-Pel. There are 5 cell phone numbers associated with Account, (920) 889-1255 is the cell phone number assigned to City Attorney Adams. The other lines are used by his family members and information related to those lines has been redacted.

**All phone records produced by City Attorney Adams are marked "Confidential – Attorneys Eyes Only" as agreed upon by the parties. We expect you to adhere to the confidentiality protections provided these records under the Protective Order.**

**Mayor Sorenson.** We have attached unredacted copies of RS000476-RS000519(Wolf) which were Mayor Sorenson's redacted cell phone records produced in the Wolf litigation as you requested during our call. Mayor Sorenson cannot access his call/text log records any further back than what has been provided via his online account. He sent a request to AT & T for billing statements from August 22, 2022 – May 1, 2023 as well as his call and text logs for August 22, 2022 – October 31, 2022 and February 3, 2023 – May 1, 2023. We will produce what we are provided once we have received them from A T & T.

**All phone records produced by Mayor Sorenson are marked "Confidential – Attorneys Eyes Only" as agreed upon by the parties. We expect you to adhere to the confidentiality protections provided these records under the Protective Order.**

**Emily Rendall-Araujo.** We have attached unredacted copies of ERA000001-Pel – ERA000181-Pel, which covers the time period identified in Request No. 1. **Please substitute this production for the prior redacted copies**. There are 4 lines associated with this Account, (920) 207-5899 is the cell phone number assigned to Emily. The other lines are used by her family members and information related to those lines has been redacted.

**All phone records produced by Emily are marked "Confidential – Attorneys Eyes Only" as agreed upon by the parties. We expect you to adhere to the confidentiality protections provided these records under the Protective Order.**

**City Phone records.** IT Director Greenwood has advised that he has requested copies of the phone records responsive to subpoena Topic 11. We will supplement the City's response to the subpoena once we receive these records.

We anticipate that the information provided in our letter dated September 20, 2024, our meet and confer call on September 23, 2024, as well as this additional production has addressed the discovery issues raised by you in your September 17 letter. Please confirm that you will not be sending any subpoenas for phone records based on our compromises and production of unredacted phone records.

**Kerrie M. Murphy**
*Managing Partner*
**D:** 515.657.5684



**West Des Moines Office:**
Regency West Office Park | Building 8
4350 Westown Parkway, Suite 120
West Des Moines, IA 50266
**T:** 515.453.8509 | **F:** 515.267.1408

**Milwaukee Office**
735 North Water Street | Suite 610 | Milwaukee | WI 53202
**T:** 414.436.0353 | **F:** 414.436.0354