# EXHIBIT L

# Katie Dienberg

| | |
|---|---|
| **From:** | Warren Buliox |
| **Sent:** | Friday, October 25, 2024 3:56 PM |
| **To:** | Jen DeMaster |
| **Cc:** | Kerrie Murphy; Katie Dienberg |
| **Subject:** | Mayor Sorenson's Deposition |

Jen,

Can we look to reschedule the Mayor's deposition to perhaps either November 8, 12 or 13? If not or if another day does not work, we will make October 28 work.

Thanks,

Warren

**Warren E. Buliox**
*Equity Partner*
**D:** 414.509.7490
**M:** 414.530.0200



**Milwaukee Office:**
735 N. Water Street, Suite 610
Milwaukee, Wisconsin 53202
**T:** 414.436.0353  |  **F:** 414.436.0354

This e-mail transmission, and any documents, files, or previous e-mail messages attached to it, may contain confidential information. If you have received this transmission in error, please notify the sender immediately at 414.530.0200 and permanently delete this e-mail and any attachments.