# EXHIBIT O

# Warren Buliox

| | |
|---|---|
| **From:** | Jen DeMaster <Jennifer@demasterlaw.com> |
| **Sent:** | Thursday, October 10, 2024 7:46 PM |
| **To:** | Warren Buliox; Kerrie Murphy; Anthony Jackson |
| **Cc:** | Katie Dienberg; Paralegal |
| **Subject:** | Pelishek Pl Supp Production |
| **Attachments:** | PELISHEK 001760-PELISHEK 001769.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

> Caution: This email originated from outside your organization. Please be careful when opening attachments and embedded links.

Attached is Plaintiff's supplemental production of his journaling assignment from his therapist. He has retained the full notebook in its original form. Further, Plaintiff's spouse took a few journal entries about his mental and emotional state that they discovered while searching through notebooks. Those are attached with Plaintiff's therapy homework starting at Bates label 1762.

Please note that these are labeled ATTORNEY EYES ONLY.

Regarding Defs. ROG 1, you asked that we Identify any Defendant that made any admission. When we spoke, you stated that Defendants were seeking not just admissions, but any statements from any current or former city employees that might support Plaintiff's claims. While we contended these are all distinct and different questions, we agreed, in good faith, to re-read your request that way, and try to compile this information. However, going through statements made in *Wolf* discovery, filings, briefs, and well as those in this case (including the Answer, etc). is a lot of work and is taking far more time.

I thought I would be done going through the documents required to respond to the City's interrogatory following our conversation, but I still have 2 or 3 more responses/briefs to review from *Wolf* as far as relevant statements or admissions. I am going out of town this weekend just for a couple days but should be done with the final document reviews next week to finish responding to your amended/clarified discovery request discussed herein.

That being said, please confirm that Defendants will produce documents responsive to our requests on CITY RFP 10 regarding all communications (ESI, phones, texts, messages, etc.) set forth and narrowed in our communications from remaining individual Defendants to those we've discussed and set forth in the most recent NOD to Mr. Greenwood between narrowed dates of 8/1/2022 – 6/1/2023 per our efforts to compromise – **no later than October 17, 2024.**



**Jennifer DeMaster**
**Attorney, DeMaster Law LLC**

Email : jennifer@demasterlaw.com
Email : jen@jenniferdemaster.com
Phone: 414-235-7488
Address: 361 Falls Rd #610, Grafton, WI 53024

1

Disclaimer: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.