# EXHIBIT A

| Date | ID | Matter | Timekeeper | LCode | A Code | Description | Billable Hrs | Non Bill Hrs | Value | Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/2024 | 101839 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery M | A104 Review/i | Initial review and analysis of Plaintiff's Rule 37 discovery motion. | 1.30 | 0.00 | $390.00 | $300.00 |
| 10/29/2024 | 101286 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Kerrie Murphy | L350 Discovery M | A104 Review/i | Review Plaintiff's Motion to Compel and Motion for Sanctions, Brief and Declaration in support. | 0.80 | 0.00 | $240.00 | $300.00 |
| 10/30/2024 | 101826 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L120 Analysis/St | A104 Review/i | Review Plaintiff's Motion for Sanctions and Motion to Compel to strategize a response. | 2.10 | 0.00 | $525.00 | $250.00 |
| 11/1/2024 | 103214 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L110 Fact Investi | A104 Review/i | Review Plaintiff's Motion for Sanctions and in the alternative Motion to Compel, and the supportive exhibits to strategize a response. | 3.00 | 0.00 | $750.00 | $250.00 |
| 11/3/2024 | 108262 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L120 Analysis/St | A104 Review/i | Continue to review Plaintiff's exhibits within Plaintiff's Motion for Sanctions and in the alternative Motion to Compel, to strategize response, 125 plus pages. | 1.50 | 0.00 | $375.00 | $250.00 |
| 11/3/2024 | 107923 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L120 Analysis/St | A105 Commur | Strategize with legal team to response to Plaintiff's Motion for Sanctions and in the alternative Motion to Compel. | 1.30 | 0.00 | $325.00 | $250.00 |
| 11/3/2024 | 104784 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery M | A104 Review/i | Detailed review of and annotations to Plaintiff's Rule 37 Motion (28 pages), beginning review of 239 pages declaration and declaration exhibits in support of the same, including fact and discovery issues raised therein. | 4.20 | 0.00 | $1,260.00 | $300.00 |
| 11/4/2024 | 108406 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L320 Document | A104 Review/i | Review and attend to outstanding discovery matters, including issues raised during meet and confer sessions and status of potential supplemental productions. | 2.60 | 0.00 | $780.00 | $300.00 |
| 11/5/2024 | 108592 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L120 Analysis/St | A104 Review/i | Analyze the Defendants' discovery responses and discovery related correspondence referenced in Plaintiff's Motion for Sanctions to ensure answers are compliant with the federal rules in comparison to Plaintiff's Motion for Sanctions and in the alternative Motion to Compel. | 1.40 | 1.00 | $350.00 | $250.00 |
| 11/6/2024 | 104255 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L320 Document | A103 Draft/re | Continue to draft response to Plaintiff's Motion to Compel and in the alternative Motion for Sanctions regarding alleged bad faith. | 4.50 | 2.50 | $1,125.00 | $250.00 |
| 11/6/2024 | 103837 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L110 Fact Investi | A103 Draft/re | Draft response to Plaintiff's Motion for Sanctions and Motion to Compel Discovery regarding alleged bad faith. | 3.20 | 0.00 | $800.00 | $250.00 |
| 11/6/2024 | 103737 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L110 Fact Investi | A105 Commur | Strategize with Attorney Buliox regarding response to Plaintiff's Motion to Compel and Motion for Sanctions. | 0.30 | 0.00 | $75.00 | $250.00 |
| 11/8/2024 | 104256 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L320 Document | A103 Draft/re | Continue to draft response to Plaintiff's Motion to Compel and in the alternative Motion for Sanctions regarding alleged intentional spoliation. | 3.20 | 2.80 | $800.00 | $250.00 |
| 11/10/2024 | 105617 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery M | A103 Draft/re | Provide comments and direction on, and simultaneously draft portions of, Brief in Opposition to Plaintiff's Rule 37 Motion for Sanctions relating to the issues of compliance with local rule 37, alleged spoliation and arguments against the same, and allegations relating to communications from or between various parties. | 4.10 | 0.00 | $1,230.00 | $300.00 |
| 11/10/2024 | 104836 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L320 Document | A103 Draft/re | Continue to draft response to Plaintiff's Motion to Compel and Motion for Sanctions. | 2.50 | 0.00 | $625.00 | $250.00 |
| 11/12/2024 | 105680 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery M | A104 Review/i | Review case law relating to gamesmanship and bad faith in the context of Rule 37 motions to compel for the purpose of both continued preparations of response to Plaintiff's Rule 37 Motion and Rule 37 Motion against Plaintiff. | 1.40 | 0.00 | $420.00 | $300.00 |
| 11/12/2024 | 105623 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L310 Written Dis | A103 Draft/re | Draft Background section of Rule 37 Motion to Compel against Plaintiff. Work included simultaneous review of case history, discovery responses and discovery related communications, including good faith meet and confer efforts. | 3.80 | 0.00 | $1,140.00 | $300.00 |
| 11/13/2024 | 105685 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery M | A103 Draft/re | Draft legal arguments sections of Rule 37 Motion to Compel against Plaintiff. | 3.70 | 0.00 | $1,110.00 | $300.00 |
| 11/14/2024 | 105693 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery M | A103 Draft/re | Continued drafting of legal argument sections of Rule 37 Motion to Compel against Plaintiff. | 3.70 | 0.00 | $1,110.00 | $300.00 |
| 11/14/2024 | 105691 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery M | A104 Review/i | Analyze with Attorney Murphy additional items to potentially include in Rule 37 Motion to Compel against Plaintiff. | 1.10 | 0.00 | $330.00 | $300.00 |
| 11/15/2024 | 108386 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery M | A104 Review/i | Review, analyze and annotate declaration and supporting documents of opposing counsel in support of Plaintiff's Rule 37 Motion for purpose of responding to the same. | 2.10 | 0.00 | $630.00 | $300.00 |
| 11/15/2024 | 105439 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Kerrie Murphy | L250 Other Writ | A103 Draft/re | Edit Motion for Sanctions Brief and Declaration. | 0.70 | 0.00 | $210.00 | $300.00 |
| 11/18/2024 | 108166 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery M | A104 Review/i | Study record retention schedules in preparation of responding to Rule 37 motion. | 1.10 | 0.00 | $330.00 | $300.00 |
| 11/19/2024 | 108175 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery M | A103 Draft/re | Review, edit and provide comment and direction on outline of arguments (along with beginning arguments) in opposition to Plaintiff's Rule 37 Motion. | 1.90 | 0.00 | $570.00 | $300.00 |
| 11/19/2024 | 106118 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L320 Document | A103 Draft/re | Continue drafting response to Plaintiff's Motion to Compel relating to intent and alleged bad faith. | 3.20 | 0.00 | $800.00 | $250.00 |

| Date | ID | Matter | Timekeeper | Task / Description | Hours | | Amount | Rate |
|---|---|---|---|---|---|---|---|---|
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | Edit and draft portions of spoliation argument for Brief in Opposition to Plaintiff's Rule 37 | | | | |
| 11/20/2024 | 108383 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev Motion. | 3.80 | 0.00 | $1,140.00 | $300.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | Continue drafting Defendants' response to Plaintiff's Motion to Compel and Motion for | | | | |
| 11/20/2024 | 106509 | Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L320 Document A103 Draft/rev Sanctions relating to ESI. | 4.50 | 0.00 | $1,125.00 | $250.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | Continue to draft argument to Plaintiff's Motion to Compel an Inspection of Withheld ESI | | | | |
| 11/21/2024 | 106834 | Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L320 Document A103 Draft/rev and for additional response to Production of Document Request Number 10. | 5.10 | 0.00 | $1,275.00 | $250.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | For Brief in Opposition to Plaintiff's Rule 37 Motion, draft arguments relating to alleged | | | | |
| | | | | | spoliation, specifically focusing arguments relating to statutes and regulations concerning | | | | |
| 11/22/2024 | 108390 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev record retention. | 2.90 | 0.00 | $870.00 | $300.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | For Brief in Opposition to Plaintiff's Rule 37 Motion, review and analyze fact issues and | | | | |
| 11/22/2024 | 107873 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A104 Review/i allegations relating to alleged failure to preserve evidence. | 3.20 | 0.00 | $960.00 | $300.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | For Brief in Opposition to Plaintiff's Rule 37 Motion, draft arguments relating to alleged | | | | |
| | | | | | spoliation, specifically focusing on the duty to preserve for each of the Defendants and | | | | |
| 11/23/2024 | 107871 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev statutes and regulations Plaintiff cites are creating a duty to preserve. | 3.60 | 0.80 | $1,080.00 | $300.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | Develop further arguments on the issue of spoliation in response to Plaintiff's Motion to | | | | |
| 11/23/2024 | 106851 | Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L120 Analysis/St A105 Commur Compel and Motion for Sanctions with Attorney Buliox. | 0.70 | 0.00 | $175.00 | $250.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | Review, edit and provide comment and direction on draft Brief in Opposition to Plaintiff's | | | | |
| 11/24/2024 | 107890 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A104 Review/i Rule 37 Motion (approximately 43 pages of briefing). | 3.30 | 2.00 | $990.00 | $300.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | Analyze Plaintiff's Motion to Compel and Motion for Sanctions to ensure allegations within | | | | |
| 11/24/2024 | 106987 | Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L120 Analysis/St A104 Review/i response brief have been addressed. | 0.30 | 0.00 | $75.00 | $250.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | Continue to develop response strategy with Attorney Buliox on Plaintiff's Motion to Compel | | | | |
| 11/24/2024 | 106932 | Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L120 Analysis/St A105 Commur and Motion for Sanctions. | 0.70 | 0.00 | $175.00 | $250.00 |
| | | | | | For Defendants' Brief in Opposition to the Rule 37 Motion, draft and edit arguments, and | | | | |
| | | | | | provide comments and additional direction to the legal team, relating to the standard of | | | | |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | review, the duty to preserve and the five threshold requirements for a spoliation charge as | | | | |
| 11/25/2024 | 107899 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev it relates to each defendant. | 4.50 | 0.00 | $1,350.00 | $300.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | | | | | |
| 11/25/2024 | 107894 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A106 Commur Call with City Mayor regarding discovery related issues and response to Rule 37 Motion. | 0.20 | 0.00 | $60.00 | $300.00 |
| | | | | | For Opposition to Rule 37 Motion, review and analyze issues relating to allegations of | | | | |
| | | | | | discovery deficiencies. Work included simultaneous review of discovery requests (greater | | | | |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | than 10 pages), discovery responses (greater than 50 pages) and email correspondence | | | | |
| 11/26/2024 | 107910 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A104 Review/i between counsel of record regarding several discovery disputes. | 4.20 | 0.00 | $1,260.00 | $300.00 |
| | | | | | For Opposition to Rule 37 Motion, review and analyze issues relating to allegations of bad | | | | |
| | | | | | faith. Work included simultaneous review of discovery requests over 10 pages, discovery | | | | |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | responses over 50 pages and email correspondence between counsel of record regarding | | | | |
| 11/26/2024 | 107909 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A104 Review/i several discovery disputes. | 2.10 | 1.00 | $630.00 | $300.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | For Opposition to Rule 37 Motion, review, analyze, edit and provide feedback and direction | | | | |
| 11/28/2024 | 107912 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev of full draft of the Brief in Opposition (47 pages). | 4.20 | 0.00 | $1,260.00 | $300.00 |
| | | | | | For Brief in Opposition to Plaintiff's Rule 37 Motion, review and draft portions of | | | | |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | declarations of Ryan Sorenson, Charles Adams and Emily Rendall-Araujo in support of Brief | | | | |
| 11/29/2024 | 107934 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev in Opposition. | 1.90 | 0.60 | $570.00 | $300.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | For Brief in Opposition to Plaintiff' s Rule 37 Motion, review, draft and revise arguments | | | | |
| 11/29/2024 | 107933 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev responding to the motion to compel portion of Plaintiff's motion. | 3.90 | 0.00 | $1,170.00 | $300.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | Begin drafting the Declaration of Warren Buliox in support of Brief in Opposition to | | | | |
| 11/30/2024 | 108459 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev Plaintiff's Rule 37 Motion. | 3.50 | 0.00 | $1,050.00 | $300.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | Analyze Plaintiff's list of purported outstanding discovery in Exhibit U of Plaintiff's Motion to | | | | |
| 11/30/2024 | 108287 | Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L120 Analysis/St A103 Draft/rev Compel to draft appropriate response. | 2.00 | 0.00 | $500.00 | $250.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | For Brief in Opposition to Plaintiff' s Rule 37 Motion, draft arguments responding to | | | | |
| 11/30/2024 | 107932 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev allegations of bad faith on behalf of the City and the City Attorney. | 4.20 | 0.00 | $1,260.00 | $300.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | | | | | |
| 12/1/2024 | 112022 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L240 Dispositive A103 Draft/rev Continue review and drafting of 48 page Brief in Opposition to Motion for Sanctions. | 2.10 | 2.00 | $630.00 | $300.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | Draft Declaration of Warren Buliox in Support of Brief in Opposition to Motion for Sanctions | | | | |
| 12/1/2024 | 112015 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev or to Compel. | 7.10 | 1.00 | $2,130.00 | $300.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | Continue to draft response to Plaintiff's Motion for Sanctions and Motion to Compel on | | | | |
| 12/1/2024 | 107937 | Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L320 Document A103 Draft/rev issues raised alleging bad faith discovery. | 1.40 | 0.00 | $350.00 | $250.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | | | | | |
| 12/2/2024 | 112021 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev Continued drafting of Brief in Support of Opposition to Motion for Sanctions. | 1.20 | 3.00 | $360.00 | $300.00 |
| | | Liberty Mutual Group - City of Sheboygan - Chad | | | Analyze and edit drafts of declarations for Ryan Sorenson, Charles Adams and Emily Rendall | | | | |
| 12/2/2024 | 112018 | Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev in Support of Opposition to Motion for Sanctions. | 3.60 | 0.00 | $1,080.00 | $300.00 |

| Date | ID | Client/Matter | Timekeeper | Task | Description | Billable Hrs | Non Bill Hrs | Billable Amt | Rate |
|---|---|---|---|---|---|---|---|---|---|
| 12/2/2024 | 112016 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev | Continued drafting of Declaration of Warren Buliox in Support of Brief in Opposition to Motion for Sanctions or to Compel. | 2.70 | 2.00 | $810.00 | $300.00 |
| 12/2/2024 | 108883 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L320 Document A103 Draft/rev | Continue to draft response to Plaintiff's Motion for Sanctions and in the alternative Motion to Compel. | 1.90 | 0.00 | $475.00 | $250.00 |
| 12/2/2024 | 108785 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Kerrie Murphy | L350 Discovery N A103 Draft/rev | Edit Defendants Brief in Opposition to Plaintiff's Motion for Sanctions and Motion to Compel. | 3.20 | 0.00 | $960.00 | $300.00 |
| 12/2/2024 | 108749 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L320 Document A103 Draft/rev | Continue to draft response to Plaintiff's Motion for Sanctions and in the alternative Motion to Compel. | 2.20 | 0.00 | $550.00 | $250.00 |
| 12/3/2024 | 112020 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev | Continued drafting and finalization of 48-page Brief in Support of Opposition to Motion for Sanctions. | 4.40 | 0.00 | $1,320.00 | $300.00 |
| 12/3/2024 | 112019 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev | Identify, analyze and review exhibits for declarations for Warren Buliox, Ryan Sorenson, Charles Adams and Emily Rendall in Support of Opposition to Motion for Sanctions. | 2.50 | 2.00 | $750.00 | $300.00 |
| 12/3/2024 | 112017 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A103 Draft/rev | Finalize draft of Declaration of Warren Buliox in Support of Brief in Opposition to Motion for Sanctions or to Compel. | 2.50 | 0.00 | $750.00 | $300.00 |
| 12/3/2024 | 109167 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L320 Document A103 Draft/rev | Final review and edits to 48-page brief in response to Plaintiff's Motion for Sanctions and in the alternative Motion to Compel. | 4.50 | 0.00 | $1,125.00 | $250.00 |
| 12/3/2024 | 108971 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Anthony Jackson | L120 Analysis/St A104 Review/ | Review Plaintiff's Motion in Opposition to Defendants' Request to File and Oversized Response. | 0.10 | 0.00 | $25.00 | $250.00 |
| 12/10/2024 | 113655 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A107 Commur | Review and respond to inquiry from opposing counsel regarding material filed under seal in connection with Defendants' Brief in Opposition to Plaintiff's Motion for Sanctions. | 0.40 | 0.00 | $120.00 | $300.00 |
| 12/23/2024 | 114086 | Liberty Mutual Group - City of Sheboygan - Chad Pelishek v. City of Sheboygan et al - 1497.1002 | Warren Buliox | L350 Discovery N A104 Review/ | Analyze fact and legal issues raised in Plaintiff's Reply Brief in Support of his Motion for Sanctions to assess the need and/or prospects of a sur-reply. | 2.20 | 0.00 | $660.00 | $300.00 |
| | | | | | | 159.50 | 20.70 | $ 45,370.00 | |

| Row Labels | Sum of Billable Hrs | Sum of Non Bill Hrs |
|---|---|---|
| Anthony Jackson | 49.60 | 6.30 |
| Kerrie Murphy | 4.70 | 0.00 |
| Warren Buliox | 105.20 | 14.40 |
| **Grand Total** | **159.50** | **20.70** |