



Edit

**JP**

# Judge Duffin Pelishek-EVEN # Cases

 message

 call

 video

 mail

 pay

---

**October 28, 2024**

12:53 PM  **Outgoing Call**
5 minutes

---

 **JP**  Contact Photo & Poster

---

home `RECENT`

(414) 297-3964

---

Notes

---

Send Message

Share Contact

---

 Favorites

 Recents

 Contacts

 Keypad

 Voicemail 192