_____

CHAD PELISHEK,

                Plaintiff

    v.                                          Case No. 2:23-CV-1048

CITY OF SHEBOYGAN, et al.,

                Defendants.

_____

**PLAINTIFF CHAD PELISHEK'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

_____

Plaintiff Chad Pelishek, through his undersigned counsel, respectfully seeks summary judgment only on his First Amendment prior restraint claim and the City's liability. Pelishek reserves his remaining claims under Title VII against the City of Sheboygan and the Equal Protection Clause against all Defendants for trial. Pelishek also reserves for trial the issues of damages for all claims.

Attached to this motion for partial summary judgment is the plaintiff's brief in support of his motion for partial summary judgment only on his First Amendment claim and the City's liability and declarations of Jennifer DeMaster and Plaintiff Chad Pelishek.

Respectfully submitted this March 3, 2025.

/s/ Jennifer DeMaster
Jennifer DeMaster
Wis. Bar No. 1124201
attorney@jenniferdemaster.com
DEMASTER LAW LLC
361 Falls Rd # 610
Grafton, WI 53024
Phone: (414) 235-7488
Fax: (262) 536-0515

Christopher I. Kachouroff
VA Bar No. 44216*
McSweeney, Cynkar & Kachouroff,
PLLC
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
Telephone: (703) 621-3300
chris@mck-lawyers.com


*Attorney for Plaintiff*