# Jen DeMaster

**From:** Hilty
**Sent:** Wednesday, September 21, 2022 10:31 AM
**To:** Pelishek, Chad
**Subject:** Re: Sheboygan Press note

Hi Chad,

Thank you for the note. I will plan to include in the article that when asked about this you directed the Press to the city administrator and/or mayor for comment (just so you are aware of how I plan to report it).

Best,
**Maya Hilty**
Reporter | USA Today Network
Phone: 920-400-7485
Twitter: @maya_hilty

**From:** Pelishek, Chad <Chad.Pelishek@sheboyganwi.gov>
**Sent:** Tuesday, September 20, 2022 4:23 PM
**To:** Hilty, Maya <MHilty@sheboygan.gannett.com>
**Subject:** Re: Sheboygan Press opportunity to comment

Hello Maya:

Thank you for your inquiry. Citywide issues are handled by the Administration office. I would encourage you to contact City Administrator Wolf and/or Mayor Sorenson.

Thanks,

Chad Pelishek
Director of Planning & Development
City of Sheboygan
920-459-3383 work
920-619-1342 cell
Chad.Pelishek@sheboyganwi.gov
[www.sheboyganwi.gov](www.sheboyganwi.gov)

On Sep 19, 2022, at 9:18 AM, Hilty, Maya <MHilty@sheboygan.gannett.com> wrote:


Hi Chad,

This is Maya with the Sheboygan Press. I am writing an article about you saying a racial slur in a meeting a few weeks ago and how the city responded.

I'd like to ask you about if staff raised concerns about this incident and how you responded, as well as ask about your roles and responsibilities at the City.

Are you available to meet for 15-20 minutes sometime today or tomorrow?

Best,
Maya Hilty
Reporter | USA Today Network
Phone: 920-400-7485
Twitter: @maya_hilty

_____

NOTICE: This e-mail may contain confidential information and is intended only for the individual named. If you are not the intended recipient, you should not disseminate, distribute or copy this e-mail; please notify the sender immediately and delete this e-mail from your system. Also, please be aware that email correspondence to and from "The City of Sheboygan" may be subject to open record requests.