# EXHIBIT 2

November 29, 2022
Investigation Interview w/ Chad Pelishek
(Produced to Court)

MM PEL 0004