# EXHIBIT 3

January 30, 2023
Conversation HR

(Produced to Court)

MM PEL 0003