3/1/ Ryan Sorenson comes by to talk about Strategic Plan - Ryan makes comment that this is another check against Chad (strategic plan not good) in front of Abby, S. Ellise and Janet.

Yet as of this day the 53 policies that Carrie drafted have not been reviewed by Chuck and have since been turned over the Adam to review. Carrie provided these policies in June/July 2022 and as of 1/31/23, they have not been reviewed.

3/7/23 at 4:00pm - Adam Westbrook came into Chad's office & said provided a copy of the report and said the City will be release Jill Hall's report @ 4pm today. Chad panned through the report and saw the language that said "Pelishek uttered a racial slur on August 22 2022. Chad saw that and said to Adam will the City be redacting the names. Adam said no, Chuck said the names have been out there previously and there is no reason to redact the names. Chad became very emotional and started crying because Chad said to Adam it is not fair for him to endure public perception again related to the racial slur. Adam proceeded to say that he understands

PELISHEK 000316

my concerns, but there isn't anything that the city can do now that their is a pending lawsuit. Chad proceeded to say that he feels it is time to engage his attorney that it appears he has a claim for discrimination, Chad for reporting racism. Adam agreed & said yes regarding this Adam then proceeded to ask me if there was one thing I would want that the City could help w/ regarding this Chad said "for the City to issue a press release sharing the context that the Racial slur was used" Adam did not have a response to this. Adam proceeded to ask what actually happened at the Black PTG meeting because Adam says that what I told him in person a few weeks ago is different of what Jill reported was disussed in my interview, and that Abby said no demanding for $ happened Chad said he has always stood behind what he has said and its true what he

PELISHEK 000317

he has said every time but someone is changing the narrative.
Chad then proceeded to say the Court will have to determine what is right because Chad stands behind what he has said through the whole thing.
Adam then said I am sure Jill taped the interview and it can be found. Chad said taping was not allowed. Adam said well Todd taped his and Chad said Todd must have rec'd a different letter because our letter from the CA & Mayor said we couldn't tape it.
It appears from Adam's comments that he is not supporting all of this related to the Todd situation. Adam proceeded to say that "from a friend to friend he can understand how this can be hard and feels for me that no one up to now has supported me"
Adam proceeded to say that I can not talk about this to anyone. I asked if this a gag order and he said no - just a friendly note.
I said this is the part

PELISHEK 000318

that sucks because the City is not allowing me the opportunity to tell my side of story. Adam left at 12:25 pm.

At 3:30 pm after Chad came back from the Visit Sheb Mtg Adam was walking in the hall and Chad said "I am sick to my stomach" Adam proceeded to follow me into my office and asked what he can do to help. I said I need to take some mental health days because of the emotional stress this has caused. Adam said he would support whatever. Adam then asked if the Mayor had come down to see me. Chad said he did not. Adam said interesting because he asked how I was doing and Adam said not good. (This is a great leader who can't even check up on his teammate)

At 4pm today 3-7-23 we had a rescheduled meeting on the Gen Cap 1 development of affordable housing. In

PELISHEK 000319

that meeting including Chuck Adams, Kaitlyn Krueger, Ryan Sorenson and Chad Pelishek nothing was said related to this report release. Again no support from the Mayor.

3/9/23 Chad sent an email to Adam to stop by. Adam came to Chad's office and Chad said he has been thinking about a comment the Mayor made on Wed March 1 2023 in front of Elise Rose, Abby Block, Janet Duellman, and Chad Pelishek & said that the screw up with the Strategic Plan is another check against me, but then he saw our faces ~~comments~~ & retracted it. Adams eyes got big & then he said there is two things wrong with this situation. 1) Ryan - Mayor shouldn't of said it in front of Chad's staff & 2) it is inappropriate. Adam asked if I wanted to talk to him & I said no. So Adam said he would.

3/10/23 Chad sent email to Adam for clarification on the reporting to Council comment he made last