Aug 22, 2022 at 4:21 PM

I know you weren't there but it was really fucked up.

> I know but you really shouldn't be sharing staff meeting stuff with your friends

I wish Amanda would've asked me before acting on it. I won't share that stuff with her again.

Because he should know better. He does know better and did it anyway.

Aug 24, 2022 at 6:13 AM

Ok I just had a 🤯

I'm going to talk about what happened at the meeting in Mondays meeting.

It's going to be a learning experience for everyone

> I think that's a great idea. Let me know if you want to bounce any ideas before


CITY003034-Pel

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF WISCONSIN
    ----------------------------------------------------------
 3

 4    CHAD PELISHEK,

 5                            Plaintiff,

 6       -vs-                              Case No. 2:23-CV-1048

 7    CITY OF SHEBOYGAN, et al.,

 8                            Defendants.

 9    ----------------------------------------------------------

10              Examination of VERONICA VALDEZ taken at
11    the instance of the Plaintiff, under and pursuant to
12
13    the Federal Rules of Civil Procedure, before Dawn M.
14
15    Lahti, a Certified Realtime Reporter, Registered
16
17    Professional Reporter and Notary Public in and for
18
19    the State of Wisconsin, at Holiday Inn Express, 350
20
21    E. Seven Hills Road, Port Washington, Wisconsin, on
22
23    July 12, 2024, commencing at 10:00 a.m. and
24
25    concluding at 12:56 p.m.
```

Brown & Jones Reporting                414-224-9533
A Veritext Company                     www.veritext.com
Case 2:23-cv-01048-WED    Filed 03/04/25    Page 3 of 6    Document 128-1

1      just ask me to rephrase or clarify that.  If
2      you don't understand the question, you can do
3      that.
4                     If there's something I ask that
5      you don't recall and then later I ask something
6      and you remember it or you recall it again,
7      feel free to just jump right in.  Again, I
8      won't be offended, hey, you know what I
9      actually do remember something about this and
10     you can do that.
11                    So those are kind of the basic
12     rules.  If you have any questions, let me know.
13     I'll answer them as best I can just about how
14     this process goes, but it's fairly common
15     there.
16                    What is your current job title?
17  A  I am the mayor's assistant and communication
18     specialist for the City of Sheboygan.
19  Q  And so you are currently employed by the City
20     of Sheboygan?
21  A  I am.  In the evenings I manage a restaurant
22     called Prohibition Bistro.
23  Q  What do they serve?
24  A  It's located right on the riverfront in
25     Sheboygan, and they serve neapolitan pizza and

Brown & Jones Reporting         414-224-9533
A Veritext Company              www.veritext.com
Case 2:23-cv-01048-WED    Filed 03/04/25    Page 4 of 6    Document 128-1

```
 1              mediator -- it's in management, some sort of --
 2              I'm trying to think of what the firm was
 3              called.  They were brought in to help us manage
 4              this, manage employee dysfunctionality, all of
 5              that work has stopped too that a lot of
 6              employees have asked us about.
 7                        We find it difficult to just
 8              answer.  It's new administration, so it's --
 9              we're moving different objectives so...
10    Q         How did you first learn about the racial slur
11              incident?
12    A         I learned about it when Emily came into the
13              office and told me about that right then and
14              there.
15    Q         What did Emily tell you?
16    A         She told me she looked visibly upset,
17              emotional, and basically just said somebody
18              dropped an N bomb in the management meeting.
19              I'm like "Who"?  She's on her phone and stuff,
20              and that's when she said it was Chad, and she's
21              like so I had to pull him aside after the
22              meeting and say hey, man, I know I asked what
23              was said, but you didn't have to say the N
24              word.  You didn't have to say it.  You could
25              have said the N word.
```

Brown & Jones Reporting    414-224-9533
A Veritext Company    www.veritext.com
Case 2:23-cv-01048-WED    Filed 03/04/25    Page 5 of 6    Document 128-1

1                    So there's that, but she's like
2           you know how young I am, I have to be telling
3           him that, he doesn't know that.  I'm like okay.
4           I kind of was just in shock at that point.  I'm
5           like, awesome, everybody is going to come in
6           here now after that transpired.  Yikes.
7                    So I don't really think -- all
8           those people in the room consider how they
9           would make other people feel, I don't know, but
10          it was definitely impactful on a number of
11          individuals, especially our former Judge
12          Natasha Torrey because I heard she was quite
13          offended too.
14     Q    Where did you hear that from?
15     A    Emily.
16     Q    Are you aware of anybody else being offended by
17          it?
18     A    Yeah.  Offended that Chad used the racial slur?
19     Q    Exactly.
20     A    Yes.  Yes.  I know that they -- I would say --
21          I can develop my own perception.  I would say
22          the people that were in that room understood
23          that Chad was repeating the word.  The people
24          that were reading these article headlines were
25          definitely seeing an accepted member leadership

Brown & Jones Reporting                    414-224-9533
A Veritext Company                       www.veritext.com
Case 2:23-cv-01048-WED    Filed 03/04/25   Page 6 of 6   Document 128-1