```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF WISCONSIN
    --------------------------------------------------------
 3

    CHAD PELISHEK,
 4

                       Plaintiff,
 5

       -vs-                          Case No. 2:23-CV-1048
 6

    CITY OF SHEBOYGAN, et al.,
 7

                       Defendants.
 8

    --------------------------------------------------------
 9
10              Examination of JANET DUELLMAN, taken at
11      the instance of the Plaintiff, under and pursuant to
12
13      the Federal Rules of Civil Procedure, before Dawn M.
14
15      Lahti, a Certified Realtime Reporter, Registered
16
17      Professional Reporter and Notary Public in and for
18
19      the State of Wisconsin, at Holiday Inn Express, 350
20
21      E. Seven Hills Road, Port Washington, Wisconsin, on
22
23      July 11, 2024, commencing at 1:00 p.m. and
24
25      concluding at 3:23 p.m.
```

Brown & Jones Reporting                414-224-9533
A Veritext Company                      www.veritext.com
Case 2:23-cv-01048-WED   Filed 03/04/25   Page 1 of 5   Document 128-2

1   A   When I started, it was community development
2       specialist.
3   Q   Oh, my, that seems more confusing.
4   A   Yes.
5   Q   So when you started, it was community
6       development specialist?
7   A   Um-hum.
8   Q   I'm going to write it down because I might get
9       it wrong.  When did you start working at the
10      City of Sheboygan?
11  A   August 6th of 2012.
12  Q   And you have been there uninterrupted since
13      2012?
14  A   Correct.
15  Q   What department did you work?  Did you work in
16      any other department before where you are now?
17  A   No.
18  Q   Which department do you work in?
19  A   I'm trying to think of its official name.
20      Planning and development which is a division of
21      city development.
22  Q   So that's a division of city development?
23  A   Correct.
24  Q   All right.  Are you -- today at this
25      deposition, are you being personally

Brown & Jones Reporting                  414-224-9533
A Veritext Company                   www.veritext.com
Case 2:23-cv-01048-WED    Filed 03/04/25    Page 2 of 5    Document 128-2

1        MR. BULIOX:  I'll just add to that
2    objection just form.
3 BY MS. DeMASTER:
4  Q    I'll show you what's been previously marked as
5       Plaintiff's Exhibit 4.  It will be sent to you,
6       just a photo.  I'm going to show it to you.  I
7       tried to make it big.
8                  Do you recognize this woman?
9  A    Yes.
10 Q    Do you know who that is -- it has her name
11      there.
12 A    Yes.
13 Q    Who is that?
14 A    That is the reporter Maya, however you say her
15      first name, Hilty.
16 Q    And you say you recognized her.  Did you ever
17      see her in person?
18 A    Yes.
19 Q    When did you see her in person?
20 A    At some of the common council meetings that I
21      attended, and I also saw her in an office with
22      Emily.
23 Q    And which Emily was that?
24 A    The senior center director, Emily --
25 Q    Emily Rendall-Araujo.

Brown & Jones Reporting    414-224-9533
A Veritext Company    www.veritext.com
Case 2:23-cv-01048-WED    Filed 03/04/25    Page 3 of 5    Document 128-2

1  A    Yes.  Thank you.  I know it's RA.  I don't know
2       what it stands for.
3  Q    You saw her in a conference room?
4  A    Yes, in the mayor's conference room.
5  Q    Was she meeting in that conference room at her
6       office?
7  A    Yes.  While the old senior center was -- it
8       fell apart, it's in really poor condition, it
9       wasn't fit for human habitation, so as we were
10      building the new one, she was in the mayor's
11      conference room.  That became her office along
12      with her other staff which I know is Josh, and
13      I think there's another woman, but I don't know
14      her name.  I don't believe I ever met her.
15 Q    It was another woman?
16 A    Yes.
17 Q    And was Maya in there with them?
18 A    At the time of the meeting I could just see
19      Emily and Maya.
20 Q    Did they look like they were talking or
21      friendly with each other?
22 A    Yeah.
23 Q    Could you hear what they were talking about?
24 A    No, because their conference room is inside the
25      mayor's office.

Brown & Jones Reporting   414-224-9533
A Veritext Company   www.veritext.com
Case 2:23-cv-01048-WED   Filed 03/04/25   Page 4 of 5   Document 128-2

1  Q     Conference room is --
2  A     Yeah.  You have to go into their office, and
3        then there's a conference room to the right and
4        to the left.
5  Q     Did you see any facial expressions?
6  A     I did.
7  Q     What did they look like, frowning, angry or --
8              MR. BULIOX:  Objection.  Form.
9        Speculation.
10             Subject to that, go ahead and answer.
11             THE WITNESS:  They were just -- I
12       think Emily was surprised to see me.  She kind
13       of like --
14 BY MS. DeMASTER:
15 Q     Oh, she saw you?
16 A     Oh, yeah.  They both saw me walk by the office.
17 Q     Did they do anything after that, or did you
18       just keep walking?
19 A     I kept walking because I was helping somebody
20       to the conference room or to the common council
21       chambers.
22 Q     How did you feel seeing them meet or how did
23       you feel later when this -- when the articles
24       were out?
25 A     My personal thought was I thought I was

Brown & Jones Reporting    414-224-9533
A Veritext Company    www.veritext.com
Case 2:23-cv-01048-WED   Filed 03/04/25   Page 5 of 5   Document 128-2