**From:** Westbrook
**Sent:** Wednesday, August 09, 2023 4:28 PM CDT
**To:** Westbrook, Adam <Adam.Westbrook@sheboyganwi.gov>
**BCC:** All City Email Users <AllCityEmailUsers@sheboyganwi.gov>; char.neitzel-goostree@sheboyganha.com <char.neitzel-goostree@sheboyganha.com>; melody.hermann@sheboyganha.com <melody.hermann@sheboyganha.com>; michelle.boeldt@sheboyganha.com <michelle.boeldt@sheboyganha.com>; ruth.orozco@sheboyganha.com <ruth.orozco@sheboyganha.com>; sonya.davis-williams@sheboyganha.com <sonya.davis-williams@sheboyganha.com>; kristin.gmach@sheboyganha.com <kristin.gmach@sheboyganha.com>; dean.dekker@sheboyganwi.gov <dean.dekker@sheboyganwi.gov>; trey.mitchell@sheboyganwi.gov <trey.mitchell@sheboyganwi.gov>; betty.ackley@sheboyganwi.gov <betty.ackley@sheboyganwi.gov>; barbara.felde@sheboyganwi.gov <barbara.felde@sheboyganwi.gov>; roberta.filicky-peneski@sheboyganwi.gov <roberta.filicky-peneski@sheboyganwi.gov>; amanda.salazar@sheboyganwi.gov <amanda.salazar@sheboyganwi.gov>; grazia.perrella@sheboyganwi.gov <grazia.perrella@sheboyganwi.gov>; joe.heidemann@sheboyganwi.gov <joe.heidemann@sheboyganwi.gov>; zach.rust@sheboyganwi.gov <zach.rust@sheboyganwi.gov>; angela.ramey@sheboyganwi.gov <angela.ramey@sheboyganwi.gov>; doris.ramminger@sheboyganwi.gov <doris.ramminger@sheboyganwi.gov>; bernard.rammer@sheboyganwi.gov <bernard.rammer@sheboyganwi.gov>; michael.hermann@sheboyganwi.gov <michael.hermann@sheboyganwi.gov>; kaitlyn.krueger@sheboyganwi.gov <kaitlyn.krueger@sheboyganwi.gov>; sara.kleinhans@sheboyganwi.gov <sara.kleinhans@sheboyganwi.gov>; margo.wagner@sheboyganwi.gov <margo.wagner@sheboyganwi.gov>; austin.gruenke@sheboyganwi.gov <austin.gruenke@sheboyganwi.gov>; barbara.hanson@sheboyganwi.gov <barbara.hanson@sheboyganwi.gov>; evan.grossen@sheboyganwi.gov <evan.grossen@sheboyganwi.gov>; purchasing@ci.sheboygan.wi.us <purchasing@ci.sheboygan.wi.us>; kathryn.hoffman@sheboyganwi.gov <kathryn.hoffman@sheboyganwi.gov>; charles.adams@sheboyganwi.gov <charles.adams@sheboyganwi.gov>; marie.foss@sheboyganwi.gov <marie.foss@sheboyganwi.gov>; liz.majerus@sheboyganwi.gov <liz.majerus@sheboyganwi.gov>; natasha.torry@sheboyganwi.gov <natasha.torry@sheboyganwi.gov>; mc.temp@sheboyganwi.gov <mc.temp@sheboyganwi.gov>; ann.wagner@sheboyganwi.gov <ann.wagner@sheboyganwi.gov>; kasey.campbell@sheboyganwi.gov <kasey.campbell@sheboyganwi.gov>; angela.doell@sheboyganwi.gov <angela.doell@sheboyganwi.gov>; barb.sorcic@sheboyganwi.gov <barb.sorcic@sheboyganwi.gov>; samantha.lammers@sheboyganwi.gov <samantha.lammers@sheboyganwi.gov>; haley.stuckmann@sheboyganwi.gov <haley.stuckmann@sheboyganwi.gov>; david.kuckuk@sheboyganwi.gov <david.kuckuk@sheboyganwi.gov>; kendra.kelling@sheboyganwi.gov <kendra.kelling@sheboyganwi.gov>; ruth.jones-partrick@sheboyganwi.gov <ruth.jones-partrick@sheboyganwi.gov>; eric.bushman@sheboyganwi.gov <eric.bushman@sheboyganwi.gov>; micah.adams@sheboyganwi.gov <micah.adams@sheboyganwi.gov>; jeff.krueger@sheboyganwi.gov <jeff.krueger@sheboyganwi.gov>; james.annis@sheboyganwi.gov <james.annis@sheboyganwi.gov>; ryan.sorenson@sheboyganwi.gov <ryan.sorenson@sheboyganwi.gov>; veronica.valdez@sheboyganwi.gov <veronica.valdez@sheboyganwi.gov>; alejandro.dominguez@sheboyganwi.gov <alejandro.dominguez@sheboyganwi.gov>; darcie.beernink@sheboyganwi.gov <darcie.beernink@sheboyganwi.gov>; raeann.schmitz@sheboyganwi.gov <raeann.schmitz@sheboyganwi.gov>; michael.grota@sheboyganwi.gov <michael.grota@sheboyganwi.gov>; taylor.hoffmann@sheboyganwi.gov <taylor.hoffmann@sheboyganwi.gov>; emily.rendall-araujo@sheboyganwi.gov <emily.rendall-araujo@sheboyganwi.gov>; joshua.drossel@sheboyganwi.gov <joshua.drossel@sheboyganwi.gov>; jane.brill@sheboyganwi.gov <jane.brill@sheboyganwi.gov>; sherrill.smith@sheboyganwi.gov <sherrill.smith@sheboyganwi.gov>; meredith.debruin@sheboyganwi.gov <meredith.debruin@sheboyganwi.gov>; melissa.clevenger@sheboyganwi.gov <melissa.clevenger@sheboyganwi.gov>; melissa.fassbender@sheboyganwi.gov <melissa.fassbender@sheboyganwi.gov>; chase.longmiller@sheboyganwi.gov <chase.longmiller@sheboyganwi.gov>; nicholas.noster@sheboyganwi.gov <nicholas.noster@sheboyganwi.gov>; andrew.quackenboss@sheboyganwi.gov <andrew.quackenboss@sheboyganwi.gov>; gregory.wucherer@sheboyganwi.gov <gregory.wucherer@sheboyganwi.gov>; chad.brandis@sheboyganwi.gov <chad.brandis@sheboyganwi.gov>; brad.breitengross@sheboyganwi.gov <brad.breitengross@sheboyganwi.gov>; brendan.hughes@sheboyganwi.gov <brendan.hughes@sheboyganwi.gov>; brent.adamson@sheboyganwi.gov <brent.adamson@sheboyganwi.gov>; jamon.ingelse@sheboyganwi.gov <jamon.ingelse@sheboyganwi.gov>; jason.karras@sheboyganwi.gov <jason.karras@sheboyganwi.gov>; jeffrey.salzman@sheboyganwi.gov <jeffrey.salzman@sheboyganwi.gov>; justin.langdon@sheboyganwi.gov <justin.langdon@sheboyganwi.gov>; matthew.polzin@sheboyganwi.gov <matthew.polzin@sheboyganwi.gov>; pat.nicolaus@sheboyganwi.gov <pat.nicolaus@sheboyganwi.gov>; steven.ziebell@sheboyganwi.gov <steven.ziebell@sheboyganwi.gov>; trevor.saeger@sheboyganwi.gov <trevor.saeger@sheboyganwi.gov>; tyler.schmitt@sheboyganwi.gov <tyler.schmitt@sheboyganwi.gov>; joel.johnsrud@sheboyganwi.gov <joel.johnsrud@sheboyganwi.gov>; tyler.meyer@sheboyganwi.gov <tyler.meyer@sheboyganwi.gov>; mario.serna@sheboyganwi.gov <mario.serna@sheboyganwi.gov>; stephen.mechenich@sheboyganwi.gov <stephen.mechenich@sheboyganwi.gov>; michael.lubbert@sheboyganwi.gov <michael.lubbert@sheboyganwi.gov>; kurt.miller@sheboyganwi.gov <kurt.miller@sheboyganwi.gov>; eric.bollar@sheboyganwi.gov <eric.bollar@sheboyganwi.gov>; rodrick.terrazas@sheboyganwi.gov <rodrick.terrazas@sheboyganwi.gov>; troy.schultz@sheboyganwi.gov <troy.schultz@sheboyganwi.gov>; larry.mcbain@sheboyganwi.gov <larry.mcbain@sheboyganwi.gov>; brian.freund@sheboyganwi.gov <brian.freund@sheboyganwi.gov>; jeffrey.granke@sheboyganwi.gov <jeffrey.granke@sheboyganwi.gov>; nicholas.hoepfner@sheboyganwi.gov <nicholas.hoepfner@sheboyganwi.gov>; jordan.juday@sheboyganwi.gov <jordan.juday@sheboyganwi.gov>; adam.loose@sheboyganwi.gov <adam.loose@sheboyganwi.gov>; adam.grandlic@sheboyganwi.gov <adam.grandlic@sheboyganwi.gov>; ryan.shaw@sheboyganwi.gov <ryan.shaw@sheboyganwi.gov>; william.cherek@sheboyganwi.gov <william.cherek@sheboyganwi.gov>; roy.brion@sheboyganwi.gov <roy.brion@sheboyganwi.gov>; jestin.demerath@sheboyganwi.gov <jestin.demerath@sheboyganwi.gov>; randal.kiser@sheboyganwi.gov <randal.kiser@sheboyganwi.gov>; michael.bayer@sheboyganwi.gov <michael.bayer@sheboyganwi.gov>; michael.d'agostino@sheboyganwi.gov <michael.d'agostino@sheboyganwi.gov>; bryan.stefancin@sheboyganwi.gov <bryan.stefancin@sheboyganwi.gov>; joseph.cull@sheboyganwi.gov <joseph.cull@sheboyganwi.gov>; chase.fritsch@sheboyganwi.gov <chase.fritsch@sheboyganwi.gov>;

Case 2:23-cv-01048-WED   Filed 06/29/25   Page 1 of 6   Document 52825   CITY003496-Pel

EXHIBIT T

kevin.siehr@sheboyganwi.gov <kevin.siehr@sheboyganwi.gov>; steven.boyle@sheboyganwi.gov <steven.boyle@sheboyganwi.gov>; kyle.wam@sheboyganwi.gov <kyle.wam@sheboyganwi.gov>; michael.burgard@sheboyganwi.gov <michael.burgard@sheboyganwi.gov>; nicholas.kaat@sheboyganwi.gov <nicholas.kaat@sheboyganwi.gov>; caleb.harmeling@sheboyganwi.gov <caleb.harmeling@sheboyganwi.gov>; andrew.walter@sheboyganwi.gov <andrew.walter@sheboyganwi.gov>; marcos.martinez@sheboyganwi.gov <marcos.martinez@sheboyganwi.gov>; eric.montellano@sheboyganwi.gov <eric.montellano@sheboyganwi.gov>; allison.lindow@sheboyganwi.gov <allison.lindow@sheboyganwi.gov>; michael.demcak@sheboyganwi.gov <michael.demcak@sheboyganwi.gov>; louis.nett@sheboyganwi.gov <louis.nett@sheboyganwi.gov>; karley.campbell@sheboyganwi.gov <karley.campbell@sheboyganwi.gov>; luke.lubner@sheboyganwi.gov <luke.lubner@sheboyganwi.gov>; zachariah.timreck@sheboyganwi.gov <zachariah.timreck@sheboyganwi.gov>; patrick.gaines@sheboyganwi.gov <patrick.gaines@sheboyganwi.gov>; reed.norris@sheboyganwi.gov <reed.norris@sheboyganwi.gov>; steven.olig@sheboyganwi.gov <steven.olig@sheboyganwi.gov>; andrew.perman@sheboyganwi.gov <andrew.perman@sheboyganwi.gov>; john.senkbeil@sheboyganwi.gov <john.senkbeil@sheboyganwi.gov>; lucas.haltaufderheide@sheboyganwi.gov <lucas.haltaufderheide@sheboyganwi.gov>; zachary.snyder@sheboyganwi.gov <zachary.snyder@sheboyganwi.gov>; melinda.garrigan@sheboyganwi.gov <melinda.garrigan@sheboyganwi.gov>; daniel.hernandez@sheboyganwi.gov <daniel.hernandez@sheboyganwi.gov>; joshua.hittman@sheboyganwi.gov <joshua.hittman@sheboyganwi.gov>; ryan.heitzmann@sheboyganwi.gov <ryan.heitzmann@sheboyganwi.gov>; andre.schmitt@sheboyganwi.gov <andre.schmitt@sheboyganwi.gov>; bryce.goodman@sheboyganwi.gov <bryce.goodman@sheboyganwi.gov>; brittany.paiva@sheboyganwi.gov <brittany.paiva@sheboyganwi.gov>; morgan.boenisch@sheboyganwi.gov <morgan.boenisch@sheboyganwi.gov>; jacob.hittman@sheboyganwi.gov <jacob.hittman@sheboyganwi.gov>; connor.walsh@sheboyganwi.gov <connor.walsh@sheboyganwi.gov>; scott.mealiff@wscssheboygan.com <scott.mealiff@wscssheboygan.com>; mike.martin@wscssheboygan.com <mike.martin@wscssheboygan.com>; ron.mueller@wscssheboygan.com <ron.mueller@wscssheboygan.com>; eric.wiesman@wscssheboygan.com <eric.wiesman@wscssheboygan.com>; richard.bartzen@wscssheboygan.com <richard.bartzen@wscssheboygan.com>; chris.wright@wscssheboygan.com <chris.wright@wscssheboygan.com>; madelynn.pfister@wscssheboygan.com <madelynn.pfister@wscssheboygan.com>; sara.balzer@wscssheboygan.com <sara.balzer@wscssheboygan.com>; greg.zabolocky@wscssheboygan.com <greg.zabolocky@wscssheboygan.com>; robert.ingraham@wscssheboygan.com <robert.ingraham@wscssheboygan.com>; steve.meifert@sheboyganwi.gov <steve.meifert@sheboyganwi.gov>; mark.wittstock@sheboyganwi.gov <mark.wittstock@sheboyganwi.gov>; heather.burke@sheboyganwi.gov <heather.burke@sheboyganwi.gov>; bill.voss@sheboyganwi.gov <bill.voss@sheboyganwi.gov>; josh.lampe@sheboyganwi.gov <josh.lampe@sheboyganwi.gov>; tyler.hoffmann@sheboyganwi.gov <tyler.hoffmann@sheboyganwi.gov>; tony.gottschalk@sheboyganwi.gov <tony.gottschalk@sheboyganwi.gov>; dana.lepage@sheboyganwi.gov <dana.lepage@sheboyganwi.gov>; mark.oldenburg@sheboyganwi.gov <mark.oldenburg@sheboyganwi.gov>; brian.willadsen@sheboyganwi.gov <brian.willadsen@sheboyganwi.gov>; rachel.masse@sheboyganwi.gov <rachel.masse@sheboyganwi.gov>; jordan.skiff@sheboyganwi.gov <jordan.skiff@sheboyganwi.gov>; jeramie.jenss@sheboyganwi.gov <jeramie.jenss@sheboyganwi.gov>; stacy.weseljak@sheboyganwi.gov <stacy.weseljak@sheboyganwi.gov>; emily.hearley@sheboyganwi.gov <emily.hearley@sheboyganwi.gov>; ann.miller@meadpl.org <ann.miller@meadpl.org>; matt.beinemann@meadpl.org <matt.beinemann@meadpl.org>; jamie.butzen@meadpl.org <jamie.butzen@meadpl.org>; rachele.depagter@meadpl.org <rachele.depagter@meadpl.org>; susan.durant@meadpl.org <susan.durant@meadpl.org>; jeannie.gartman@meadpl.org <jeannie.gartman@meadpl.org>; kelly.rohde@meadpl.org <kelly.rohde@meadpl.org>; lisa.strohschoen@meadpl.org <lisa.strohschoen@meadpl.org>; trish.federer@meadpl.org <trish.federer@meadpl.org>; beth.kaat@meadpl.org <beth.kaat@meadpl.org>; linda.tryba@meadpl.org <linda.tryba@meadpl.org>; garrett.erickson@meadpl.org <garrett.erickson@meadpl.org>; ethel.pillman@meadpl.org <ethel.pillman@meadpl.org>; kristin.larson@meadpl.org <kristin.larson@meadpl.org>; vicki.weinberger@meadpl.org <vicki.weinberger@meadpl.org>; ashley.kapellen@meadpl.org <ashley.kapellen@meadpl.org>; lois.otten@meadpl.org <lois.otten@meadpl.org>; debbie.deamico@meadpl.org <debbie.deamico@meadpl.org>; melissa.prentice@meadpl.org <melissa.prentice@meadpl.org>; corrina.delongchamp@meadpl.org <corrina.delongchamp@meadpl.org>; bree.rekowski@meadpl.org <bree.rekowski@meadpl.org>; aleah.hill@meadpl.org <aleah.hill@meadpl.org>; zachary.marcotte@meadpl.org <zachary.marcotte@meadpl.org>; chase.devrou@meadpl.org <chase.devrou@meadpl.org>; kathryn.badtke@meadpl.org <kathryn.badtke@meadpl.org>; joshua.lintereur@meadpl.org <joshua.lintereur@meadpl.org>; anneliese.finke@meadpl.org <anneliese.finke@meadpl.org>; alison.loewen@meadpl.org <alison.loewen@meadpl.org>; carol.munroe@meadpl.org <carol.munroe@meadpl.org>; gregg.herr@meadpl.org <gregg.herr@meadpl.org>; molly.goltry@meadpl.org <molly.goltry@meadpl.org>; dann.claudon@meadpl.org <dann.claudon@meadpl.org>; emily.wodrich@meadpl.org <emily.wodrich@meadpl.org>; steven.wodrich@meadpl.org <steven.wodrich@meadpl.org>; mary.buchberger@meadpl.org <mary.buchberger@meadpl.org>; john.tully@meadpl.org <john.tully@meadpl.org>; cheryl.nessman@meadpl.org <cheryl.nessman@meadpl.org>; jeremy.barthels@meadpl.org <jeremy.barthels@meadpl.org>; santino.laster@meadpl.org <santino.laster@meadpl.org>; claire.alger@meadpl.org <claire.alger@meadpl.org>; sophie.nguyen@meadpl.org <sophie.nguyen@meadpl.org>; shayla.riley@meadpl.org <shayla.riley@meadpl.org>; tom.rauwerdink@meadpl.org <tom.rauwerdink@meadpl.org>; aubrey.laux@meadpl.org <aubrey.laux@meadpl.org>; sydney.anderson@meadpl.org <sydney.anderson@meadpl.org>; pattie.pilz@meadpl.org <pattie.pilz@meadpl.org>; chase.devrou1@sheboyganwi.gov <chase.devrou1@sheboyganwi.gov>; lindsay.flinker@meadpl.org <lindsay.flinker@meadpl.org>; alexander.kress@meadpl.org <alexander.kress@meadpl.org>; ryan.gonzalez@meadpl.org <ryan.gonzalez@meadpl.org>; Westbrook; Adam <adam.westbrook@sheboyganwi.gov>; tatum.clayton@sheboyganwi.gov <tatum.clayton@sheboyganwi.gov>; hannah.katona@sheboyganwi.gov <hannah.katona@sheboyganwi.gov>; karina.berdyck@sheboyganwi.gov <karina.berdyck@sheboyganwi.gov>; steve.sokolowski@sheboyganwi.gov <steve.sokolowski@sheboyganwi.gov>; chad.pelishek@sheboyganwi.gov <chad.pelishek@sheboyganwi.gov>; janet.duellman@sheboyganwi.gov <janet.duellman@sheboyganwi.gov>; development.intern@sheboyganwi.gov <development.intern@sheboyganwi.gov>; abby.block@sheboyganwi.gov <abby.block@sheboyganwi.gov>; ellise.rose@sheboyganwi.gov <ellise.rose@sheboyganwi.gov>; diane.mcginniscasey@sheboyganwi.gov <diane.mcginniscasey@sheboyganwi.gov>; david.biebel@sheboyganwi.gov <david.biebel@sheboyganwi.gov>;

CITY003497-Pel

EXHIBIT T

michael.willmas@sheboyganwi.gov <michael.willmas@sheboyganwi.gov>; rick.ney@sheboyganwi.gov <rick.ney@sheboyganwi.gov>; al.keitel@sheboyganwi.gov <al.keitel@sheboyganwi.gov>; brandon.munnik@sheboyganwi.gov <brandon.munnik@sheboyganwi.gov>; bob.hayon@sheboyganwi.gov <bob.hayon@sheboyganwi.gov>; joe.kerlin@sheboyganwi.gov <joe.kerlin@sheboyganwi.gov>; brian.meulbroek@sheboyganwi.gov <brian.meulbroek@sheboyganwi.gov>; travis.fintelmann@sheboyganwi.gov <travis.fintelmann@sheboyganwi.gov>; mark.wilhelm@sheboyganwi.gov <mark.wilhelm@sheboyganwi.gov>; chad.kuehn@sheboyganwi.gov <chad.kuehn@sheboyganwi.gov>; juan.garcia@sheboyganwi.gov <juan.garcia@sheboyganwi.gov>; daniel.billmann@sheboyganwi.gov <daniel.billmann@sheboyganwi.gov>; christopher.peterson@sheboyganwi.gov <christopher.peterson@sheboyganwi.gov>; scott.hinz@sheboyganwi.gov <scott.hinz@sheboyganwi.gov>; maxwell.zschetzsche@sheboyganwi.gov <maxwell.zschetzsche@sheboyganwi.gov>; joel.brunnbauer@sheboyganwi.gov <joel.brunnbauer@sheboyganwi.gov>; richard.beseler@sheboyganwi.gov <richard.beseler@sheboyganwi.gov>; neil.sprangers@sheboyganwi.gov <neil.sprangers@sheboyganwi.gov>; michael.johnson@sheboyganwi.gov <michael.johnson@sheboyganwi.gov>; ryan.cyr@sheboyganwi.gov <ryan.cyr@sheboyganwi.gov>; john.burkard@sheboyganwi.gov <john.burkard@sheboyganwi.gov>; jason.harrison@sheboyganwi.gov <jason.harrison@sheboyganwi.gov>; john.bridges@sheboyganwi.gov <john.bridges@sheboyganwi.gov>; nicholas.binsfeld@sheboyganwi.gov <nicholas.binsfeld@sheboyganwi.gov>; jason.brill@sheboyganwi.gov <jason.brill@sheboyganwi.gov>; timothy.allee@sheboyganwi.gov <timothy.allee@sheboyganwi.gov>; travis.larson@sheboyganwi.gov <travis.larson@sheboyganwi.gov>; chad.jones@sheboyganwi.gov <chad.jones@sheboyganwi.gov>; benjamin.mohar@sheboyganwi.gov <benjamin.mohar@sheboyganwi.gov>; nathan.schanno@sheboyganwi.gov <nathan.schanno@sheboyganwi.gov>; matthew.yancey@sheboyganwi.gov <matthew.yancey@sheboyganwi.gov>; tyson.pitsch@sheboyganwi.gov <tyson.pitsch@sheboyganwi.gov>; brian.schmitt@sheboyganwi.gov <brian.schmitt@sheboyganwi.gov>; ryan.schneider@sheboyganwi.gov <ryan.schneider@sheboyganwi.gov>; kevin.prisinger@sheboyganwi.gov <kevin.prisinger@sheboyganwi.gov>; james.mckenzie@sheboyganwi.gov <james.mckenzie@sheboyganwi.gov>; chad.prisinger@sheboyganwi.gov <chad.prisinger@sheboyganwi.gov>; travis.hill@sheboyganwi.gov <travis.hill@sheboyganwi.gov>; dennis.klumb@sheboyganwi.gov <dennis.klumb@sheboyganwi.gov>; allen.fleisner@sheboyganwi.gov <allen.fleisner@sheboyganwi.gov>; adam.gilson@sheboyganwi.gov <adam.gilson@sheboyganwi.gov>; scott.plehn@sheboyganwi.gov <scott.plehn@sheboyganwi.gov>; christian.anderson@sheboyganwi.gov <christian.anderson@sheboyganwi.gov>; mark.polich@sheboyganwi.gov <mark.polich@sheboyganwi.gov>; timothy.bull@sheboyganwi.gov <timothy.bull@sheboyganwi.gov>; mark.kuhfuss@sheboyganwi.gov <mark.kuhfuss@sheboyganwi.gov>; thomas.ross@sheboyganwi.gov <thomas.ross@sheboyganwi.gov>; william.deamico@sheboyganwi.gov <william.deamico@sheboyganwi.gov>; christopher.dekker@sheboyganwi.gov <christopher.dekker@sheboyganwi.gov>; james.michalesko@sheboyganwi.gov <james.michalesko@sheboyganwi.gov>; karl.leissring@sheboyganwi.gov <karl.leissring@sheboyganwi.gov>; shane.piel@sheboyganwi.gov <shane.piel@sheboyganwi.gov>; steven.kuchinski@sheboyganwi.gov <steven.kuchinski@sheboyganwi.gov>; kyle.thomas@sheboyganwi.gov <kyle.thomas@sheboyganwi.gov>; shawn.soucheck@sheboyganwi.gov <shawn.soucheck@sheboyganwi.gov>; james.stromski@sheboyganwi.gov <james.stromski@sheboyganwi.gov>; ross.hoblitzell@sheboyganwi.gov <ross.hoblitzell@sheboyganwi.gov>; christopher.huenink@sheboyganwi.gov <christopher.huenink@sheboyganwi.gov>; justin.brooks@sheboyganwi.gov <justin.brooks@sheboyganwi.gov>; jeremiah.montgomery@sheboyganwi.gov <jeremiah.montgomery@sheboyganwi.gov>; devin.hoffmann@sheboyganwi.gov <devin.hoffmann@sheboyganwi.gov>; joel.kolste@sheboyganwi.gov <joel.kolste@sheboyganwi.gov>; fredric.jonas@sheboyganwi.gov <fredric.jonas@sheboyganwi.gov>; brady.fick@sheboyganwi.gov <brady.fick@sheboyganwi.gov>; eugene.kunstman@sheboyganwi.gov <eugene.kunstman@sheboyganwi.gov>; khai.yang@sheboyganwi.gov <khai.yang@sheboyganwi.gov>; kyle.dulmes@sheboyganwi.gov <kyle.dulmes@sheboyganwi.gov>; josh.baumann@sheboyganwi.gov <josh.baumann@sheboyganwi.gov>; leander.wheeler@sheboyganwi.gov <leander.wheeler@sheboyganwi.gov>; kyle.klemme@sheboyganwi.gov <kyle.klemme@sheboyganwi.gov>; austin.gumieny@sheboyganwi.gov <austin.gumieny@sheboyganwi.gov>; andrew.landgraf@sheboyganwi.gov <andrew.landgraf@sheboyganwi.gov>; cassandra.wohlgemuth@sheboyganwi.gov <cassandra.wohlgemuth@sheboyganwi.gov>; jill.krutzik@sheboyganwi.gov <jill.krutzik@sheboyganwi.gov>; troy.stahl@sheboyganwi.gov <troy.stahl@sheboyganwi.gov>; laura.boldt@sheboyganwi.gov <laura.boldt@sheboyganwi.gov>; elizabeth.gruenke@sheboyganwi.gov <elizabeth.gruenke@sheboyganwi.gov>; deeanna.jaschob@sheboyganwi.gov <deeanna.jaschob@sheboyganwi.gov>; paul.olsen@sheboyganwi.gov <paul.olsen@sheboyganwi.gov>; matthew.walsh@sheboyganwi.gov <matthew.walsh@sheboyganwi.gov>; brian.retzer@sheboyganwi.gov <brian.retzer@sheboyganwi.gov>; michael.stelter@sheboyganwi.gov <michael.stelter@sheboyganwi.gov>; douglas.teunissen@sheboyganwi.gov <douglas.teunissen@sheboyganwi.gov>; piotr.gordziej@sheboyganwi.gov <piotr.gordziej@sheboyganwi.gov>; christopher.domagalski@sheboyganwi.gov <christopher.domagalski@sheboyganwi.gov>; todd.danen@sheboyganwi.gov <todd.danen@sheboyganwi.gov>; shannon.mckay@sheboyganwi.gov <shannon.mckay@sheboyganwi.gov>; william.adams@sheboyganwi.gov <william.adams@sheboyganwi.gov>; timothy.patton@sheboyganwi.gov <timothy.patton@sheboyganwi.gov>; penny.weber@sheboyganwi.gov <penny.weber@sheboyganwi.gov>; kent.huibregtse@sheboyganwi.gov <kent.huibregtse@sheboyganwi.gov>; michael.mccarthy@sheboyganwi.gov <michael.mccarthy@sheboyganwi.gov>; brian.inger@sheboyganwi.gov <brian.inger@sheboyganwi.gov>; stephen.schnabel@sheboyganwi.gov <stephen.schnabel@sheboyganwi.gov>; timothy.mcmullen@sheboyganwi.gov <timothy.mcmullen@sheboyganwi.gov>; henry.meller@sheboyganwi.gov <henry.meller@sheboyganwi.gov>; joel.kuszynski@sheboyganwi.gov <joel.kuszynski@sheboyganwi.gov>; andrew.kundinger@sheboyganwi.gov <andrew.kundinger@sheboyganwi.gov>; jeff.fitzpatrick@sheboyganwi.gov <jeff.fitzpatrick@sheboyganwi.gov>; melanie.mccarthy@sheboyganwi.gov <melanie.mccarthy@sheboyganwi.gov>; brandon.kehoe@sheboyganwi.gov <brandon.kehoe@sheboyganwi.gov>; joel.hendrikse@sheboyganwi.gov <joel.hendrikse@sheboyganwi.gov>; matthew.braesch@sheboyganwi.gov <matthew.braesch@sheboyganwi.gov>; matthew.heimerl@sheboyganwi.gov <matthew.heimerl@sheboyganwi.gov>; michael.wynveen@sheboyganwi.gov <michael.wynveen@sheboyganwi.gov>; rebecca.rupnick@sheboyganwi.gov <rebecca.rupnick@sheboyganwi.gov>; trisha.saeger@sheboyganwi.gov <trisha.saeger@sheboyganwi.gov>; sarah.blodgett@sheboyganwi.gov <sarah.blodgett@sheboyganwi.gov>;

CITY003498-Pel

EXHIBIT T

robert.erickson@sheboyganwi.gov <robert.erickson@sheboyganwi.gov>; christopher.bahr@sheboyganwi.gov <christopher.bahr@sheboyganwi.gov>; spencer.wilson@sheboyganwi.gov <spencer.wilson@sheboyganwi.gov>; alexander.jaeger@sheboyganwi.gov <alexander.jaeger@sheboyganwi.gov>; anthony.hamilton@sheboyganwi.gov <anthony.hamilton@sheboyganwi.gov>; jonathan.smith@sheboyganwi.gov <jonathan.smith@sheboyganwi.gov>; dustin.fickett@sheboyganwi.gov <dustin.fickett@sheboyganwi.gov>; thomas.aker@sheboyganwi.gov <thomas.aker@sheboyganwi.gov>; ryan.walloch@sheboyganwi.gov <ryan.walloch@sheboyganwi.gov>; christopher.stephen@sheboyganwi.gov <christopher.stephen@sheboyganwi.gov>; yeng.yang@sheboyganwi.gov <yeng.yang@sheboyganwi.gov>; michael.cordier@sheboyganwi.gov <michael.cordier@sheboyganwi.gov>; christin.koenig@sheboyganwi.gov <christin.koenig@sheboyganwi.gov>; michael.thielke@sheboyganwi.gov <michael.thielke@sheboyganwi.gov>; israel.deutsch@sheboyganwi.gov <israel.deutsch@sheboyganwi.gov>; anna.taylor@sheboyganwi.gov <anna.taylor@sheboyganwi.gov>; benjamin.woodward@sheboyganwi.gov <benjamin.woodward@sheboyganwi.gov>; kevin.post@sheboyganwi.gov <kevin.post@sheboyganwi.gov>; richard.hang@sheboyganwi.gov <richard.hang@sheboyganwi.gov>; nicole.slupski@sheboyganwi.gov <nicole.slupski@sheboyganwi.gov>; alicia.kegler@sheboyganwi.gov <alicia.kegler@sheboyganwi.gov>; travis.barber@sheboyganwi.gov <travis.barber@sheboyganwi.gov>; nicholas.helland@sheboyganwi.gov <nicholas.helland@sheboyganwi.gov>; melissa.bartell@sheboyganwi.gov <melissa.bartell@sheboyganwi.gov>; jeremy.kegler@sheboyganwi.gov <jeremy.kegler@sheboyganwi.gov>; sean.goffard@sheboyganwi.gov <sean.goffard@sheboyganwi.gov>; michael.moore@sheboyganwi.gov <michael.moore@sheboyganwi.gov>; lucas.haese@sheboyganwi.gov <lucas.haese@sheboyganwi.gov>; jack.grassmann@sheboyganwi.gov <jack.grassmann@sheboyganwi.gov>; kendra.zipperer@sheboyganwi.gov <kendra.zipperer@sheboyganwi.gov>; mona.mair@sheboyganwi.gov <mona.mair@sheboyganwi.gov>; cal.stoffel@sheboyganwi.gov <cal.stoffel@sheboyganwi.gov>; dekker.mccabe@sheboyganwi.gov <dekker.mccabe@sheboyganwi.gov>; jordan.stoelb@sheboyganwi.gov <jordan.stoelb@sheboyganwi.gov>; kimberly.yang@sheboyganwi.gov <kimberly.yang@sheboyganwi.gov>; taylor.johnson@sheboyganwi.gov <taylor.johnson@sheboyganwi.gov>; isaiah.trussell@sheboyganwi.gov <isaiah.trussell@sheboyganwi.gov>; michael.thomas@sheboyganwi.gov <michael.thomas@sheboyganwi.gov>; dana.mugan@sheboyganwi.gov <dana.mugan@sheboyganwi.gov>; rachel.smith@sheboyganwi.gov <rachel.smith@sheboyganwi.gov>; tyler.matelski@sheboyganwi.gov <tyler.matelski@sheboyganwi.gov>; janice.koepsell@sheboyganwi.gov <janice.koepsell@sheboyganwi.gov>; kurt.zempel@sheboyganwi.gov <kurt.zempel@sheboyganwi.gov>; ryan.prue@sheboyganwi.gov <ryan.prue@sheboyganwi.gov>; joshua.becker@sheboyganwi.gov <joshua.becker@sheboyganwi.gov>; michael.bigari@sheboyganwi.gov <michael.bigari@sheboyganwi.gov>; matt.greenwood@sheboyganwi.gov <matt.greenwood@sheboyganwi.gov>; zachary.jensema@sheboyganwi.gov <zachary.jensema@sheboyganwi.gov>; mitchell.leckie@sheboyganwi.gov <mitchell.leckie@sheboyganwi.gov>; chris.strzyzewski@sheboyganwi.gov <chris.strzyzewski@sheboyganwi.gov>; seth.longley@sheboyganwi.gov <seth.longley@sheboyganwi.gov>; william.bulson@sheboyganwi.gov <william.bulson@sheboyganwi.gov>; missy.mallmann@sheboyganwi.gov <missy.mallmann@sheboyganwi.gov>; alison.meyer@sheboyganwi.gov <alison.meyer@sheboyganwi.gov>; marcus.renzelmann@sheboyganwi.gov <marcus.renzelmann@sheboyganwi.gov>; kristin.berglund@sheboyganwi.gov <kristin.berglund@sheboyganwi.gov>; andrew.bailey@sheboyganwi.gov <andrew.bailey@sheboyganwi.gov>; anastasia.dowling@sheboyganwi.gov <anastasia.dowling@sheboyganwi.gov>; michaela.leclair@sheboyganwi.gov <michaela.leclair@sheboyganwi.gov>; cole.squire@sheboyganwi.gov <cole.squire@sheboyganwi.gov>; gustavo.lopez@sheboyganwi.gov <gustavo.lopez@sheboyganwi.gov>; emily.ross@sheboyganwi.gov <emily.ross@sheboyganwi.gov>; mitchell.paap@sheboyganwi.gov <mitchell.paap@sheboyganwi.gov>; urs.brechbuehler@sheboyganwi.gov <urs.brechbuehler@sheboyganwi.gov>; jared.tenpas@sheboyganwi.gov <jared.tenpas@sheboyganwi.gov>; megan.little@sheboyganwi.gov <megan.little@sheboyganwi.gov>; jared.filteau@sheboyganwi.gov <jared.filteau@sheboyganwi.gov>; grant.vaness@sheboyganwi.gov <grant.vaness@sheboyganwi.gov>; ryan.lefebvre@sheboyganwi.gov <ryan.lefebvre@sheboyganwi.gov>; nathan.rasimus@sheboyganwi.gov <nathan.rasimus@sheboyganwi.gov>; scott.isaacs@sheboyganwi.gov <scott.isaacs@sheboyganwi.gov>; ryan.sazama@sheboyganwi.gov <ryan.sazama@sheboyganwi.gov>; jordan.sucha@sheboyganwi.gov <jordan.sucha@sheboyganwi.gov>; michael.born@sheboyganwi.gov <michael.born@sheboyganwi.gov>; kevin.jump@sheboyganwi.gov <kevin.jump@sheboyganwi.gov>; tyler.hill@sheboyganwi.gov <tyler.hill@sheboyganwi.gov>; ryan.biebel@sheboyganwi.gov <ryan.biebel@sheboyganwi.gov>; tim.moyer@sheboyganwi.gov <tim.moyer@sheboyganwi.gov>; dpw.intern@sheboyganwi.gov <dpw.intern@sheboyganwi.gov>; charles.brennan@sheboyganwi.gov <charles.brennan@sheboyganwi.gov>; emma.jones@sheboyganwi.gov <emma.jones@sheboyganwi.gov>; pat.eirich@sheboyganwi.gov <pat.eirich@sheboyganwi.gov>; scott.winter@sheboyganwi.gov <scott.winter@sheboyganwi.gov>; gary.vanauken@sheboyganwi.gov <gary.vanauken@sheboyganwi.gov>; dave.anderson@sheboyganwi.gov <dave.anderson@sheboyganwi.gov>; bill.borzyskowski@sheboyganwi.gov <bill.borzyskowski@sheboyganwi.gov>; joseph.folger@sheboyganwi.gov <joseph.folger@sheboyganwi.gov>; linnae.wierus@sheboyganwi.gov <linnae.wierus@sheboyganwi.gov>; jeffrey.lutzke@sheboyganwi.gov <jeffrey.lutzke@sheboyganwi.gov>; savanna.olson@sheboyganwi.gov <savanna.olson@sheboyganwi.gov>; chuck.reschke@shorelinemetro.com <chuck.reschke@shorelinemetro.com>; ann.koeller@shorelinemetro.com <ann.koeller@shorelinemetro.com>; bruce.felten@shorelinemetro.com <bruce.felten@shorelinemetro.com>; derek.muench@shorelinemetro.com <derek.muench@shorelinemetro.com>; scott.navis@shorelinemetro.com <scott.navis@shorelinemetro.com>; patrick.moehring@shorelinemetro.com <patrick.moehring@shorelinemetro.com>; jim.schramm@sheboyganwi.gov <jim.schramm@sheboyganwi.gov>; zachariah.heinen@sheboyganwi.gov <zachariah.heinen@sheboyganwi.gov>; michael.kirchmeier@shorelinemetro.com <michael.kirchmeier@shorelinemetro.com>; christopher.faust@shorelinemetro.com <christopher.faust@shorelinemetro.com>; florentine.soto@shorelinemetro.com <florentine.soto@shorelinemetro.com>; bud.schultz@shorelinemetro.com <bud.schultz@shorelinemetro.com>; patrick.mcdonough@shorelinemetro.com <patrick.mcdonough@shorelinemetro.com>; carletta.jones@shorelinemetro.com <carletta.jones@shorelinemetro.com>
**Subject:** Statement to Employees
**Attachment(s):** "Statement Regarding Pelishek Lawsuit.pdf"

EXHIBIT T

Hello all,

Attached to this email you will find a statement from the Law Firm that is representing the City in the lawsuit filed this week. I will let that statement speak for itself.

However, I want to add separately that if any of you ever feel like you are being harassed, bullied, or otherwise treated differently, please reach out to your supervisor, the City Attorney, my whistleblower email, or my office.

Additionally, please remember that out Employee Assistance Program is a free service available to all employees and their households if you ever need it.


**Adam James Westbrook, J.D.**
He/Him/His (about pronouns)
Director of Human Resources and Labor Relations
City of Sheboygan, Wisconsin
Adam.westbrook@sheboyganwi.gov

CITY003500-Pel

EXHIBIT T



735 N. Water Street, Suite 610
Milwaukee, WI 53202
**P:** (414) 436-0353 | **F:** (414) 436-0354
mwhlawgroup.com

Milwaukee, WI
West Des Moines, IA
Chicago, IL
Indianapolis, IN
New York, NY

August 9, 2023

On August 7, 2023, Chad Pelishek filed a lawsuit against the City alleging that he was discriminated against for being Christian, white, heterosexual, and male, and that the City oversaw a plot whose objective was to publicly portray Mr. Pelishek as a racist. The City is saddened by this obviously false and manufactured narrative.

The City strives to be a safe environment for all employees. Blatantly false, defamatory, and/or offensive statements targeting staff will not be tolerated. The City is neither engaging in nor complicit in harassment, particularly the kind alleged in this suit.

The City will aggressively defend all named parties in this lawsuit and will have no further comment during the pendency of this litigation.

Respectfully,

*/s/ Warren Buliox and Kerrie Murphy*

MWH Law Group
Attorneys for Defendants City of Sheboygan
Ryan Sorenson, Barbara Felde, Roberta Filicky-Peneski,
Amanda Salazar and Emily Rendall-Araujo

EXHIBIT T