IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**CHAD PELISHEK,**

    Plaintiff,                           **Case No.: 2:23-CV-1048**

v.

**CITY OF SHEBOYGAN, et al.**

    Defendants.

## DECLARATION OF CLEMENTINE UWABERA

Pursuant to 28 U.S.C. § 1746, the undersigned, Clementine Uwabera, makes the following statement under penalty of perjury under the laws of the United States.

1. I am an attorney duly licensed to practice law in the State of Wisconsin and before this Court. I am also admitted to practice before the Seventh Circuit and the U.S. District Court for the Westen District of Wisconsin.

2. I regularly represent municipalities and government officials in civil rights litigation in this State, before this Court and the Western District.

3. I am a 2014 graduate of the Florida State University College of Law.

4. I am currently a partner at the law firm of Stafford Rosenbaum LLP practicing in the area of litigation and municipal law.

5. I am familiar with and/or have worked with some of the attorneys at MWH Law Group LLP, including Attorneys Warren E. Buliox and Anthony Jackson.

6. Based on my knowledge of the prevailing rates in the community of attorneys who handle civil rights and other complex federal litigation in this court, I believe that an hourly rate of

$300 per hour is a fair and appropriate rate for Attorney Warren Buliox or any partner at his firm who has similar or greater skill, experience and education.

7. Based on my knowledge of the prevailing rates in the community of attorneys who handle civil rights and other complex federal litigation in this court, I believe that an hourly rate of $250 per hour is a fair and appropriate rate for Attorney Anthony Jackson or any associate level attorney at his firm who has similar or greater skill, experience and education.

8. Based on my experience and/or knowledge, the hourly rates of $300 per hour for partners and $250 per hour for associate lawyers are within the range of rates charged to clients who pay by the hour for legal services rendered by attorneys of similar skill, reputation and experience in this legal community for civil rights litigation.

Executed this 5th day of March, 2025

Respectfully submitted by,

_____
Clementine Uwabera