# DEMASTER LAW LLC

DeMaster Law LLC
361 Falls Rd. Ste 610
Grafton, WI 53024
Ph: (414) 235-7488
Fax: (262) 536-0515

The Honorable Magistrate Judge
William E. Duffin
United States Courthouse
517 E WISCONSIN AVE, RM 250
MILWAUKEE WI 53202-4512

*Sent via USPS Mail*

cc: Counsel of Record for Defendants, Warren E. Buliox
warren.buliox@mwhlawgroup.com

**March 3, 2025**

**RE: Plaintiff Chad Pelishek's Motion for Partial Summary Judgment, Declaration of Chad Pelishek, Exhibits 2 and 3.**

Dear Clerks for the Honorable Judge Duffin,

    Enclosed is a USB flash drive with Exhibits 2 and 3 to the Declaration of Chad Pelishek in Support of his Motion for Partial Summary Judgment. (ECF Nos. 127-2 and 127-3 respectively). Ex. 2 references in the foregoing refers to the approximate time stamps 1:10:00 – 1:20:00 and 00:32:30 – 00:37:11.

Sincerely,

*/s/ Jennifer DeMaster*
Jennifer DeMaster
State Bar No. 1124201
**DeMaster Law LLC**
361 Falls Rd #610
Grafton, WI 53024
Ph: (414) 235-7488
Fax: (262) 536-0515
jennifer@demasterlaw.com
attorney@jenniferdemaster.com

*encl:* USB Flash Drive (ECF Nos. 127-2 and 127-3, Exhibit 2 and 3).