# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**CHAD PELISHEK,**

    Plaintiff,

v.                                                      Case No. 23-CV-1048

**CITY OF SHEBOYGAN, et al.,**

    Defendants.

## SUPPLEMENTAL DECLARATION OF RYAN SORENSON IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Ryan Sorenson, pursuant to 28 U.S.C. Sec. 1746, hereby depose and state under penalty of perjury as follows:

1. My name is Ryan Sorenson. I am a named Defendant in this matter and an adult resident of the State of Wisconsin, and I make this Declaration based upon my personal knowledge.

2. On August 22, 2022, I was the Mayor of the City of Sheboygan ("City"), Wisconsin, a position that I hold today.

3. After my election to serve as Mayor, I was not affiliated with any local DEI group that Jamie Haack and Ale Guevera were a part of.

4. Adam Westbrook shared a copy of the Hall investigation report with Plaintiff Chad Pelishek ("Plaintiff) on March 7, 2023.

5. I was present with Adam Westbrook when he gave Plaintiff a copy of the Hall investigation report on March 7, 2023. Plaintiff was upset that the report was going to be released without redactions. Plaintiff did not make any statements during the March 7 meeting that the Hall investigation report contained false information, omitted key facts or misrepresented his testimony from his investigation interview with Attorney Hall.

Dated at Sheboygan, Wisconsin this  2nd   day of   April   , 2025.

_____
Ryan Sorenson