UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**Chad Pelishek,**

    Plaintiff,

vs.

**City of Sheboygan, et al.,**

    Defendants.

Case No. 2: 23-CV-1048

## SUPPLEMENTAL DECLARATION OF EMILY RENDALL-ARAUJO IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Emily Rendall-Araujo, pursuant to 28 U.S.C. § 1746, hereby depose and state under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. My name is Emily Rendall-Araujo. I am a named Defendant in this matter and an adult resident of the State of Wisconsin, and I make this Declaration based upon my personal knowledge.

2. On August 22, 2022, I was the Director of Senior Services and an employee of the City of Sheboygan, Wisconsin, a position that I hold today.

3. I was not affiliated with the local DEI group that Jamie Haack and Ale Guevera were a part of.

Dated at Sheboygan, Wisconsin this 31 day of March, 2025.

_____
Emily Rendall-Araujo, Defendant