# EXHIBIT G

**Audio Recording MM PEL 0003**

**Hand delivered to the Court and**

**emailed to Plaintiff's counsel**