Notes by Chad Pelishek

On 10/25/2022 - Roberta Filicky-Peneski
called to say two thing-
1) What is going in at
9th/michigan Ave

2) That I need to use
the words "People
of color" vs "colored
people." I said thank
you for letting me
know and hung up

On 10/26/2022- 8:33am I called RFP
back & said it feels
like the need to apologize
to the person that
said that & "she stated
it is similar to a
hair trigger that the
other side is looking
for anything & everything"
and apologizing now
would only make
things worse. ~~It tha~~
with that, I said
thank you and hung
up.

PELISHEK 000305

Notes by Chad Pelishek

On 10/27/2022 at 5:15 pm, Abby Block mentioned as Chad was leaving the office that the Mayor shared with her the plans for Todd Wolf and myself. Abby said that long-range the Council wants to get rid of the Todd from the City Administrator position and then I would report to the Mayor or someone else and the Council would require Chad to have weekly Diversity Counseling and have to participate in more non-profit group boards so the public can see me doing community service and in Abby's words, the council can tell the DEIB folks that "Chad is a community man."

Chad's reaction to this comment was, I will be gone before the Council tells me what I can do on my free time.

Abby again stated that Ale Guarva a local resident must have shared this with the newspaper. Chad commented where did Ale get her information from when she is not city employee. Abby responded another Department Head. Not sure what another department head means. Abby has said multiple times that Emily did not tell the paper, although others have said Emily talks to Maya Hilty the reporter multiple times a day.

At 5:30 PM, Abby send the following text message to Chad.

"And I'm sure it goes without saying but I'd ask that you please not share any of that with anyone. I am really doing what I can to help and its much easier to do that from the inside and with as much information as possible. Anyway Hang in There. Have a good night."

Chad responded Thanks.

PELISHEK 000306

Notes by Chad Pelishek-Conversation with Abby Block on cost to receive services from the DEIB Collective

1:40PM       11/7/2022

Per Chad's request: Abby Block will be typing up notes on the conversation as well.

1. Abby Block spoke with Jamie Haack, DEIB Collective for 41 minutes.
2. Jamie said it was okay for Chad to call "because she likes Chad, but not Todd."
3. Jamie asked if the City was looking for help for internal and/or external DEIB help? Abby said she would need to verify.
4. Jamie said they are looking for $70,000 to hire a consultant to determine what type of the infrastructure they may need to put in place to contract with the city. They would prefer that this $70,000 comes without any strings/benchmarks so they have the ability to do what they want with the consultant. The comment was made that it is hard to find funding for this because most grants require benchmarks/accountabilities. They supposiously have one funding opportunity confirmed. The comment was made that it is hard to get Corporate Sponsorships because Corporations want outcomes and they do not have outcomes for this study.
5. They have a Request for Proposals being sent out now for consultants. Ale Guavara has prepared it and if they get funding they would like to reimburse her time for putting the request for proposals together.

Chad had previously asking who was on the collected and Abby stated Ale Guavara, Jamie Haack, Heather Cleveland, Carolyn Lee and one more person she did not know.

PELISHEK 000307