# EXHIBIT D

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF WISCONSIN
 3    ---------------------------------------------------

      CHAD PELISHEK,
 4

                        Plaintiff,
 5
         -vs-                        Case No. 2:23-CV-1048
 6

      CITY OF SHEBOYGAN, et al.,
 7

                        Defendants.
 8

      ---------------------------------------------------
 9
10
11              Examination of CHARLES ADAMS, taken at
12
13    the instance of the Plaintiff, under and pursuant to
14
15    the Federal Rules of Civil Procedure, before Dawn M.
16
17    Lahti, a Certified Realtime Reporter, Registered
18
19    Professional Reporter and Notary Public in and for
20
21    the State of Wisconsin, at MWH Law, 735 North Water
22
23    Street, Milwaukee, Wisconsin, on October 31, 2024,
24
25    commencing at 9:00 a.m. and concluding at 2:05 p.m.
```

Brown & Jones Reporting 414-224-9533
A Veritext Company www.veritext.com
Case 2:23-cv-01048-WED    Filed 05/07/25    Page 2 of 5    Document 170-4

1  Q     Were you at the event?
2  A     That event, no.
3  Q     Did you hear anything about anything that
4        happened, or do you know about any discipline?
5  A     No.
6              MR. BULIOX:  Objection to the extent
7        it calls for speculation.
8              THE WITNESS:  I don't know anything
9        about any discipline.
10 BY MS. DeMASTER:
11 Q     There wasn't any -- was there any discipline on
12       anybody there?
13 A     Well, the only person I'm aware of being
14       involved in the negative activity would have
15       been an alderperson, and we don't exercise
16       discipline against alders.  The alders might
17       take their own action, and I'm not aware that
18       they did.
19 Q     So no non-alderperson was involved in anything
20       inappropriate?
21             MR. BULIOX:  Again, objection, and to
22       the extent it's been asked and answered already
23       in terms of his knowledge of the situation.
24             Go ahead and answer if you can.
25             THE WITNESS:  I'm unaware of any

Brown & Jones Reporting    414-224-9533
A Veritext Company    www.veritext.com
Case 2:23-cv-01048-WED    Filed 05/07/25    Page 3 of 5    Document 170-4

1          time, but I don't recall.
2     Q    Do you have an estimate?
3     A    It may have been in the course of a day.  It
4          may have been a few days.  I don't recall.
5     Q    So you decided it was responsive and that it
6          should be published?
7     A    In the end, I made that final decision, yes.
8     Q    And you made that decision after Chad Pelishek
9          told you that he was worried about his name
10         being published in conjunction with that
11         investigation, correct?
12              MR. BULIOX:  Objection.  Form.
13         Assumes facts not established and discussed.
14              But subject to that, you can answer.
15              MS. DeMASTER:  I can rephrase.
16    BY MS. DeMASTER:
17    Q    Did Chad Pelishek ever make any comment to you
18         or at a management meeting that he was worried
19         about his name coming out in the report?
20    A    I don't recall that comment.
21    Q    Does the city use the Adobe program?
22    A    Adobe Acrobat are you talking about?
23    Q    Sure.  Any Adobe program.  What about opening
24         PDFs?
25    A    Sure.  Adobe is like the PDF program.

Brown & Jones Reporting    414-224-9533
A Veritext Company    www.veritext.com
Case 2:23-cv-01048-WED    Filed 05/07/25    Page 4 of 5    Document 170-4

```
 1        and Dylan Detloff.
 2   Q    Did you publish that investigation to the
 3        public?
 4   A    The investigation itself, no.
 5   Q    Did you publish the allegations about him to
 6        the public?
 7   A    No.
 8   Q    Did you publish Adam Westbrook was being
 9        investigated for misconduct?
10   A    No.
11   Q    Were you aware that Adam Westbrook was a
12        homosexual?
13   A    Yes.
14   Q    Did you ever advise the council that outside
15        council should investigate the complaints by
16        Mr. Arenz?
17   A    No.
18   Q    You chose to take this one yourself?
19   A    This one I chose to take myself, yes.
20   Q    You kept that confidential and private?
21   A    Correct.
22   Q    Did you see a draft of Jill Hall's
23        investigation report, the written report before
24        it was finalized?
25   A    Before it was finalized, no.
```

Brown & Jones Reporting                    414-224-9533
A Veritext Company                         www.veritext.com
Case 2:23-cv-01048-WED    Filed 05/07/25   Page 5 of 5    Document 170-4