# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

CHAD PELISHEK,

    Plaintiff,

v.                                                        Case No. 23-CV-1048

CITY OF SHEBOYGAN, et al.,

    Defendants.

## DECLARATION OF WARREN E. BULIOX IN SUPPORT OF DEFENDANT'S RESPONSE TO JENNIFER DEMASTER AND CHRISTOPHER KACHOUROFF'S RESPONSE TO SHOW CAUSE ORDER

I, Warren Buliox, pursuant to 28 U.S.C. Sec. 1746, hereby depose and state under penalty of perjury as follows:

1. I am an attorney at the law firm of MWH Law Group LLP and an adult resident of the State of Wisconsin. I am one of the attorneys of record for the Defendants in this matter and I make this Declaration based upon my personal knowledge, information provided to me or review of the case.

2. True and correct copies of the following unpublished cases cited in Defendant's Response to Jennifer DeMaster and Christopher Kachouroff's Response to Show Cause Order are attached hereto as **Exhibit A**:

    *Aldous v. City of Galena*, 702 Fed. Appx. 439 (7th Cir. 2017)

    *Chwarzynski v. Tebbens*, 2008 U.S. Dist. LEXIS 77217 (N.D. Ill. Sep. 10, 2008)

    *Foggey v. City of Chi.*, No. 16 CV 10963, 2018 U.S. Dist. LEXIS 18225 (N.D. Ill. Feb. 5, 2018)

    *Fuery v. City of Chicago*, 2016 U.S. Dist. LEXIS 135086 (N.D. Ill. Sep. 29, 2016)

*In re Davis*, 2018 U.S. App. LEXIS 14105 (7th Cir. 2018)

*Littler v. Martinez*, 2020 U.S. Dist. LEXIS 1850 (S.D. Ind. Jan. 3, 2020)

*Mid Cent. Operating Eng'rs Health v. Hoosiervac LLC*, No. 2:24-cv-00326-JPH-MJD, 2025 U.S. Dist. LEXIS 100748 (S.D. Ind. May 28, 2025)

*Noga v. Kimco Corp.*, 1997 U.S. Dist. LEXIS 21128 (N.D. Ill Dec. 31, 1997)

*Seither & Cherry Quad Cities, Inc. v. Oakland Automation, LLC*, No. 23-11310, 2025 U.S. Dist. LEXIS 143941 (E.D. Mich. July 28, 2025)

*Wadsworth v. Walmart Inc.*, 348 F.R.D. 489 (D. Wyo. 2025)


Dated at Milwaukee, Wisconsin this 13th day of August, 2025.

*s/ Warren E. Buliox*
Warren E. Buliox