# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

CHAD PELISHEK,

      Plaintiff

v.                                Case No. 2:23-CV-1048

CITY OF SHEBOYGAN, et al.,

      Defendants.

___

## SECOND DECLARATION OF CHRISTOPHER I. KACHOUROFF
___

I, Christopher Kachouroff, hereby declare the following:

1. I am an attorney of record on this case, and I received and verified emails and documents from Mrs. DeMaster.

2. I verify that the following Exhibits attached to this declaration are true and correct copies:

    a. Exhibit A is a Chart of Defendants' cited Sanctions Cases.

    b. Exhibit B is a true and correct copy of an email Mrs. DeMaster received from a Westlaw Sales Representative in September 2024.

    c. Exhibit C is a true and correct copy of Mrs. DeMaster's Westlaw Precision Contract.

    d. Exhibit D is a true and correct copy of an email Mrs. DeMaster received regarding Westlaw's AI tools in April 2025.

    e. Exhibit E is a Chart of Defendants' Fact Objections that were string cited in their reply brief (ECF No. 178).

f. Exhibit F is a Chart of Defendants' Unpublished Cases Analysis.

g. Exhibit G is a true and correct copy of Mrs. DeMaster's CLE Course outline and receipt.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2025.

<u>/s/ Christopher I. Kachouroff</u><br>
Christopher I. Kachouroff