Jen DeMaster

**From:** █████████████████████████████████
**Sent:** Tuesday, September 10, 2024 10:34 AM
**To:** Jen DeMaster
**Subject:** Re: Westlaw Proposal (Options)--Westlaw Precision 2024 #1005943113 (Free until 11/1/24--you won't see an Invoice until December)

Good morning, Jen!

I hope you are having a good week so far!

I know I presented a lot of information to you, but I hope everything things makes sense. Please let me know if you have any additional questions or need any further clarification—happy to set up another call, if need be.

Look forward to getting you signed up with one of these options, hopefully this week.

All the best,

████████████ ████████
Westlaw Senior Sales Executive (Madison, WI)

**Thomson Reuters**

Mobile: ████████████
thomsonreuters.com

Click here to book time with me: **Calendar Booking Link**

---

**From:** ████████████████████████████████████████
**Sent:** Sunday, September 8, 2024 9:50 PM
**To:** Jen DeMaster <Jennifer@demasterlaw.com>
**Subject:** Westlaw Proposal (Options)--Westlaw Precision 2024 #1005943113 (Free until 11/1/24--you won't see an Invoice until December)

Hi Jen,

I'm limited to presenting you with three (3) digital options at a time, but I think this initial proposal is a good starting point for our **Westlaw** proposal discussion. **All of these options will be free for you until 11/1/24—so you won't see an invoice until December.**

**Based on our discussion,** and your practice area**, Option A** (Federal Primary) or **Option B** (Federal Primary and WI Primary) will probably be your best bet. For a relatively low monthly rate, you will get **Westlaw Precision's AI Assist** as well as **Precision Filters**—additionally, you will also get access to **Quick Check**, **Litigation Analytics**, and **Statutes Compare.**

Here is your Westlaw Precision Proposal for your review, and authorization: **Westlaw Precision Options 2024**