

| | **Order Form** | **Order ID:** ▮▮▮▮▮▮ |
|---|---|---|
| | Contact your representative matthew.benavides@thomsonreuters.com with any questions. Thank you. | |

| **Sold To Account Address**<br>Account #: 1005943113<br>DEMASTER LAW LLC<br>361 FALLS RD #610<br>GRAFTON   WI  53024  US<br><br>"Customer" | **Shipping Address**<br>Account #: 1005943113<br>DEMASTER LAW LLC<br>361 FALLS RD #610<br>GRAFTON WI 53024 US | **Billing Address**<br>Account #:  1005943113<br>DEMASTER LAW LLC<br>361 FALLS RD #610<br>GRAFTON, WI  53024  US |
|---|---|---|

This Order Form is a legal document between Customer and

- A. West Publishing Corporation to the extent that products or services will be provided by West Publishing Corporation, and/or
- B. Thomson Reuters Enterprise Centre GmbH to the extent that products or services will be provided by Thomson Reuters Enterprise Centre GmbH.

A detailed list of products and services that are provided by Thomson Reuters Enterprise Centre GmbH and current applicable IRS Certification forms are available at: https://www.tr.com/trorderinginfo

West Publishing Corporation may also act as an agent on behalf of Thomson Reuters Enterprise Centre GmbH solely with respect to billing and collecting payment from Customer. Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation will be referred to as "Thomson Reuters", "we" or "our," in each case with respect to the products and services it is providing, and Customer will be referred to as "you", or "your" or "Client".

**Thomson Reuters General Terms and Conditions** (available here: http://tr.com/us-general-terms-and-conditions) apply to the purchase and use of all products, except print, and together with any applicable Product Specific Terms (set forth below) are incorporated into this Order Form by this reference. In the event that there is a conflict of terms among the General Terms and Conditions, the Product Specific Terms and this Order Form, the order of precedence shall be Order Form, the Product Specific Terms, and last the General Terms and Conditions.

| **ProFlex Products**<br>**See Attachment for details** | | | |
|---|---|---|---|
| **Material #** | **Product** | **Monthly Charges** | **Minimum Terms (Months)** |
| 40757482 | West Proflex | ▮▮▮▮ | 36 |

| **Bridge Products** | | | | | |
|---|---|---|---|---|---|
| **Material #** | **Product** | **Quantity** | **Unit** | **Bridge Monthly Charges** | **Bridge Term (Months)** |
| 40757482 | West Proflex | 1 | Each | $0.00 | 1 |

**Bridge Terms**

Bridge Monthly Charges begin on the date we process your order and will be prorated for the number of days remaining in the calendar month, if any. The Bridge Monthly charges will continue for the number of complete calendar months listed in the Bridge Term column above and will be in addition to the Monthly Charges and Minimum Term outlined above. At the end of the Bridge Term, your Monthly Charges and the Minimum term will begin on the first full calendar month following the Bridge Term as described in the Product grid above. All other terms and conditions of the Order Form remain unchanged. For purposes of clarification, your total Term will be the Bridge Term plus the Minimum Term.

**Minimum Terms**

Your subscription is effective upon the date we process your order ("Effective Date") and Monthly Charges will be prorated for the number of days remaining in that month, if any. Your subscription will continue for the number of months listed in the Minimum Term column above plus any Bridge Term that may be outlined above counting from the first day of the month following the Effective Date. Your Monthly Charges during the first twelve (12) months of the Minimum Term are as set forth above. If your Minimum Term is longer than 12 months, then your Monthly Charges for each year of the Minimum Term are displayed in the Attachment to the Order Form.

**Post Minimum Term**

Your subscription will automatically renew at the end of the Minimum Term.  Each Automatic Renewal Term will be 12 months in length ("Automatic Renewal Term"), and we will notify you of any change in the Monthly Charges at least 60 days before each Automatic Renewal Term begins.  You are also responsible for all Excluded Charges.  Either of us may cancel the Automatic Renewal Term by sending notice in writing at least 30 days before an Automatic Renewal Term begins.  Send your notice of cancellation to Customer Service, 610 Opperman Drive., P.O. Box 64833, Eagan, MN  55123-1803.

**Banded Product Subscriptions.** You certify your total number of attorneys (full-time and part-time partners, shareholders, associates, contract or staff attorneys, of counsel, and the like), corporate users, personnel or full-time-equivalent students is indicated in this Order Form. Our pricing for banded products is made in reliance upon your certification. If we learn that the actual number is greater or increases at any time, we reserve the right to increase your charges to the market rate for all of your attorneys.

|Miscellaneous|
|---|

**Applicable Law.** If you are a state or local governmental entity, your state's law will apply, and any claim may be brought in the state or federal courts located in your state. If you are a non-governmental entity, this Order Form shall be interpreted under Minnesota state law and any claim by one of us shall exclusively be brought in the state or federal courts in Minnesota. If you are a United States Federal Government subscriber, United States federal law will apply, and any claim may be brought in any federal court.

**Material Change.** If, at any time during the Minimum Term or the Renewal Term, there is a material change in your organizational structure including, but not limited to merger, acquisitions, combination, significant increase in the number of attorneys at a location covered by the agreement, divestitures, downsizing or dissolution, the parties agree to immediate good faith renegotiation of the terms and conditions of this ordering document, during which we may modify your rates proportionally. If you acquire the assets of, or attorneys from, another entity that is a current subscriber, you assume all obligations under the agreements that apply to those assets and attorneys, and you will pay the invoiced charges on both those agreements as they become due, until a superseding agreement is negotiated in good faith.

**Charges, Payments & Taxes.** You agree to pay all charges in full within 30 days of the date of invoice. You are responsible for any applicable sales, use, value added tax (VAT), etc. unless you are tax exempt. If you are a non-government customer and fail to pay your invoiced charges, you are responsible for collection costs including attorneys' fees.

**Excluded Charges And Schedule A Rates.** If you access products or services that are not included in your subscription you will be charged our then-current rate ("Excluded Charges"). Excluded Charges will be invoiced and due with your next payment. For your reference, the current Excluded Charges schedules are located in the below link. Excluded Charges may change from time-to-time upon 30 days written or online notice. We may, at our option, make certain products and services Excluded Charges if we are contractually bound or otherwise required to do so by a third party provider or if products or services are enhanced or if new products or services are released after the effective date of this ordering document. Modification of Excluded Charges or Schedule A rates is not a basis for termination under paragraph 9 the General Terms and Conditions.
https://legal.thomsonreuters.com/content/dam/ewp-m/documents/legal/en/pdf/other/plan-2-pro-govt-agencies.pdf
   http://static.legalsolutions.thomsonreuters.com/static/agreement/plan-1-pro-small-law.pdf

**eBilling Contact.** All invoices for this account will be emailed to your e-Billing Contact(s) unless you have notified us that you would like to be exempt from e-Billing.

**Credit Verification**. If you are applying for credit as an individual, we may request a consumer credit report to determine your creditworthiness. If we obtain a consumer credit report, you may request the name, address and telephone number of the agency that supplied the credit report. If you are applying for credit on behalf of a business, we may request a current business financial statement from you to consider your request.

**Cancellation Notification Address.** Send your notice of cancellation to Customer Service, 610 Opperman Drive, P.O. Box 64833, Eagan MN 55123-1803

**Returns and Refunds.** You may return a print product to us within 45 days of the original shipment date if you are not completely satisfied. Please see http://static.legalsolutions.thomsonreuters.com/static/returns-refunds.pdf or contact Customer Service at 1-800-328-4880 for additional details regarding our policies on returns and refunds.

**Confidentiality of Ordering Document.** You understand that disclosure of the terms contained in this ordering document would cause competitive harm to us, and you agree not to disclose these terms to any third person.

|Product Specific Terms|
|---|

**Document Intelligence Product Specific Terms**: The following product specific terms shall apply to the Document Intelligence products on this order form, and are incorporated by reference: http://www.thomsonreuters.com/document-intelligence-PST.

**Additional Terms for Services with Generative AI Skills:** The following additional terms shall apply to Thomson Reuters Products with Generative AI Skills (including but not limited to all CoCounsel branded Products; all Products with AI Assisted Research; Practical Law or Practical Law Connect, with Dynamic Tool Set; Practical Law UK Premium; Practical Law Global Premium), listed on this order form, and are incorporated into this order form by reference: http://tr.com/genai-terms.

**CoCounsel Core and CoCounsel Drafting Product Specific Terms**: The following product specific terms shall apply to CoCounsel Core and CoCounsel Drafting and are incorporated into this order form by reference: http://tr.com/cocounselcore-and-drafting-product-specific-terms.

**Product Specific Terms and Service Levels**: The following product specific terms and service levels shall apply to the HighQ products on this order form, and are incorporated by reference:
- HighQ Product Specific Terms http://tr.com/HighQ-PST
- HighQ Service Levels**:** Thomson Reuters shall provide service availability, maintenance and support for the term of the Agreement. Details are available at: http://tr.com/HighQ-SLA. Note that Sections 3.3 of the SLA does not apply to any HighQ Light packages

**The Federal Product Specific Terms can be found here**: http://tr.com/federal-product-specific-terms

**Product Specific Terms.** The following products have specific terms which are incorporated by reference and made part of this Order Form if they apply to your order. They can be found at https://static.legalsolutions.thomsonreuters.com/static/ThomsonReuters-General-Terms-Conditions-PST.pdf. If the product is not part of your order, the product specific terms do not apply. If there is a conflict between product specific terms and the Order Form, the product specific terms control.
- Campus Research
- Hosted Practice Solutions
- ProView eBooks
- Time and Billing
- West km Software
- West LegalEdcenter
- Westlaw
- Westlaw Doc & Form Builder
- Westlaw Paralegal

- Westlaw Patron Access
- Westlaw Public Records

**Drafting Tools Product Specific Terms**: The following product specific terms shall apply to the Drafting Tools products (Drafting Assistant, Clause Finder, Clause Finder: Internal Agreements) on this order form, and are incorporated by reference: http://tr.com/drafting-tools-product-specific-terms.

| Amended Terms and Conditions |
|---|

You understand that by purchasing the Thomson Reuters products and services on your order form certain services may be duplicative to certain Casetext products and services you are receiving as of the date of this order form( "CaseText Services").  You may terminate solely those Casetext Services at any time by contacting Casetext Customer Support at either support@casetext.com  or by calling (833) 227-3898.  You will receive a refund for any prepaid fees received by Casetext that correspond to the terminated and unused portion of the term for the CaseText Services. If any terms of this order form conflict with the terms of the order form for the CaseText Services, this order form shall control.

This Order Form will expire and will not be accepted after 11/13/2024.

 **Attachment**  **Order ID: Q-08878478**

Contact your representative matthew.benavides@thomsonreuters.com with any questions. Thank you.

## Payment, Shipping, and Contact Information

**Payment Method:**
Payment Method: Bill to Account
Account Number:
This order is made pursuant to:

**Shipping Information:**
Shipping Method: Ground Shipping - U.S. Only

**Order Confirmation Contact (#28)**
Contact Name: DeMaster, Jennifer
Email: jennifer@demasterlaw.com

**eBilling Contact**
Contact Name Jennifer DeMaster
Email **jennifer@demasterlaw.com**

### ProFlex Multiple Location Details

| Account Number | Account Name | Account Address | Action |
|---|---|---|---|
| 1005943113 | DEMASTER LAW LLC | 361 FALLS RD #610 GRAFTON WI 53024 US | New |

### ProFlex Product Details

| Quantity | Unit | Service Material # | Description |
|---|---|---|---|
| 1 | Each | 40757482 | West Proflex |
| 1 | Attorneys | 43102155 | Westlaw Precision Preferred with AI-Assisted Research Primary Law, Wisconsin, Enterprise access, Law firm |
| 1 | Attorneys | 42010176 | Westlaw Federal Primary Law, Enterprise access, Small law |
| 1 | Attorneys | 30916852 | CoCounsel Core, Enterprise Access |

### Account Contacts

| Account Contact First Name | Account Contact Last Name | Account Contact Email Address | Account Contact Customer Type Description |
|---|---|---|---|
| Jen | DeMaster | jennifer@demasterlaw.com | EML PSWD CONTACT |

### Charges During Minimum Term

| Material # | Product Name | Year 1 Charges per Billing Freq | % incr Yr 1-2* | Year 2 Charges per Billing Freq | % incr Yr 2-3* | Year 3 Charges per Billing Freq | % incr Yr 3-4* | Year 4 Charges per Billing Freq | % incr Yr 4-5* | Year 5 Charges per Billing Freq | Billing Freq |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40757482 | West Proflex | ▮ | ▮ | ▮ | ▮ | N/A | N/A | N/A | N/A | N/A | Monthly |

### Charges During Minimum Term

The Charges Per Billing Frequency for each year of the minimum term are set forth in the grid above. If the Customer's country specific Total OECD CPI* published as of the date two months preceding each anniversary of the Effective Date exceeds the percentage increase in the Monthly Charges from the current year to the next, then the Charges Per Billing Frequency shall instead increase at a rate equal to the Customer's country specific Total OECD CPI. All future Charges Per Billing Frequency will be updated accordingly. In such event, we will provide you with notice at least 30 days prior to the change becoming effective. In all other cases, Charges Per Billing Frequency shall remain as set forth herein.
*The Total OECD CPI is available at https://data.oecd.org/price/inflation-cpi.htm by clicking on the Table tab.

Pricing is displayed only for the years included in the Minimum Term. Years without pricing in above grid are not included in the Minimum Term. Refer to your Order Form for the Post Minimum Term pricing. Refer to Order Form for Billing Frequency Type.