# Jen DeMaster

**From:** ▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, April 11, 2025 7:38 AM
**To:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** Chat next week?
**Attachments:** CoCounsel Chat.pdf

Good Morning! I wanted to take an opportunity to introduce myself. As the Westlaw AI product representative assigned to your practice, I thought to share with you the latest CoCounsel update:

APRIL 9, 2025

**Westlaw Precision with CoCounsel, Practical Law, and CoCounsel to be provided to US Federal Courts as the essential information provider for the Federal Judiciary**

Contract with AO equips the Federal Judiciary with AI-powered solutions and content to streamline efficiency

As of April 9, 2025, the Federal Judiciary, including the Supreme Court, has chosen **Westlaw Precision, Practical Law, and CoCounsel** for their legal research and AI needs.

**Highlights:**

- **Westlaw Precision:** Reliable legal information for informed decisions.
- **Practical Law:** Expert resources to streamline workflows.
- **CoCounsel:** AI-powered efficiency for enhanced productivity.

This partnership with the Administrative Office of the U.S. Courts underscores our commitment to supporting the legal community with cutting-edge tools.

**It makes a ton of sense to align the way your firm conducts legal research and uses AI moving forward with the same tools the Federal Judiciary will be using.**

Also, check out the attachment describing a brand new CoCounsel chat bot that lives right in your Westlaw platform, giving you access to all of the CoCounsel and/or Practical Law skills all in one holistic experience.:?

If you have any questions, wish to discuss the possibilities and **get a Free Trial**, please click on this link to book time with me:

Book A Meeting With Me

Best,



Sales Specialist, AI Solutions

**[Book A Meeting With Me](#)**

**Thomson Reuters**

Phone: ███████
thomsonreuters.com

*Together we inform the way forward to a more understanding, trusting world for all.*

This e-mail is for the sole use of the intended recipient and contains information that may be privileged and/or confidential. If you are not an intended recipient, please notify the sender by return e-mail and delete this e-mail and any attachments. Certain required legal entity disclosures can be accessed on our website: https://www.thomsonreuters.com/en/resources/disclosures.html