Browse All > CLE Seminars

# 2025 AI Summit - Beyond the Buzz: AI Implementation in Legal Practice

Product ID: CA3795R10
Presented By: State Bar of Wisconsin PINNACLE

Be the first to review

### Real artificial intelligence solutions

The excitement around generative artificial intelligence (AI) in the legal industry is undeniable, but how does it translate into real-world benefits for your daily practice and firm management? In other words, what's in it for you? The *2025 AI Summit — Beyond the Buzz: AI Implementation in Legal Practice* will provide the answers you need.

Survey current market trends in AI adoption among legal professionals and evolving client expectations regarding AI use. Then, jump right into real-world applications you can implement in your practice.

You'll learn:

- Practical steps for selecting, integrating, and optimizing AI technologies
- How to establish AI policies, privacy settings, and disclosure requirements
- Strategies for implementing AI tools into your current workflow
- Best practices for using generative AI tools to improve the accuracy and efficiency of legal research
- Effective prompt engineering techniques for better AI responses
- Hands-on use of AI in document summarization and communication
- The fundamentals of Microsoft Copilot and its functionality in legal work
- How AI integrates with legal practice management software

### Lead the way

Don't just keep up with the AI revolution. Get in front of it. The *2025 AI Summit — Beyond the Buzz: AI Implementation in Legal Practice* will equip you with the knowledge and tools you need to harness AI's full potential in your practice.

Read Less ↑

Interested in sponsoring this program? Find out more.

### Select a Format

### Pricing

| | |
|---|---|
| Member | **$279.00** |
| Non-Member | **$359.00** |

Wisbar Marketplace - Product https://marketplace.wisbar.org/store/products/cle-seminars/friday%2c-august-22%2c-2025/c-25/c-78...

## Credits

1 CLE, 1 EPR, 6 LPM

## Date and Time

Friday, August 22, 2025
8:30 AM - 4:00 PM CT

→ **Add to Calendar**

ℹ You are already registered for this program.

Register

Add To Wishlist

PINNACLE
What is PINNACLE?

ULTIMATE PASS
What is Ultimate Pass?

---

### 0 Customer Reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

**Write a Customer Review**

ℹ Tips for Creating a Great Review

**Select overall rating**

**Add a headline**

**Write your review**

Case 2:23-cv-01048-WED Filed 08/20/25 Page 2 of 4 Document 182-7

2 of 3 8/19/2025, 12:21 AM

Submit



# Order Confirmation

**Customer Name:** Jennifer DeMaster
**Customer ID:** 1124201

**Last 4 digits:** [redacted]
**Expiration Date:**
**Order Total:** $279.00

## Shipping

[redacted]

## Billing

361 Falls Rd, #610 – Grafton, WI 53024 USA

## Review Order

| EVENT | TOTAL PRICE |
|---|---|
| **2025 AI Summit - Beyond the Buzz: AI Implementation in Legal Practice**<br>Webcast seminar<br>**Date and Time**<br>Friday, August 22, 2025<br>8:30 AM - 4:00 PM<br>**Location**<br>**Credits**<br>1 CLE, 1 EPR, 6 LPM | **$279.00** |
| **Atty. Jennifer DeMaster**<br>Tuition | $279.00 |

**ORDER SUMMARY**

| | |
|---|---|
| Items Subtotal: | $279.00 |
| Shipping & Handling: | $0.00 |
| Tax: | 0.00 |
| **Order Total:** | **$279.00** |